UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff**(s): Ryan Cox

**Defendant**(s): **CoinMarketCap OpCo, LLC** ; **Binance Capital Mgmt. Co., Ltd.** ; **BAM Trading Services Inc.** ; **Changpeng Zhao** ; **Catherine Coley** ; **Yi He** ; **Ted Lin**

County of Residence: Yavapai

County of Residence: Outside the State of Arizona

County Where Claim For Relief Arose: Yavapai

Plaintiff's Atty(s):

**George Wentz , Partner**
**The Davillier Law Group, LLC**
**414 Church St., Suite 308**
**Sandpoint, Idaho  83864**
**208-920-6140**

**Alexander Kolodin , Partner**
**The Davillier Law Group, LLC**
**3443 N. Central Ave. Ste 1009**
**Phoenix, Arizona  85012**
**6027302985**

**Christopher Viskovic , Associate**
**The Davillier Law Group, LLC**
**3443 N. Central Ave., Suite 1009**
**Phoenix, Arizona  85012**
**6027302985**

Defendant's Atty(s):

II. Basis of Jurisdiction:    3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:- **N/A**

Defendant:- **N/A**

| | |
|---|---|
| IV. Origin : | **1. Original Proceeding** |
| V. Nature of Suit: | **450 Commerce/ICC Rates/etc.** |
| VI. Cause of Action: | **Class action suit against cryptocurrency rankings site and associated exchanges and executives. Causes of action alleged under the Commodity Exchange Act, Arizona Consumer Fraud Act, Clayton Act (antitrust), etc.** |

VII. Requested in Complaint

Class Action: **Yes**

Dollar Demand: **Relief at law and equity**

Jury Demand: **Yes**

VIII. This case **is not related** to another case.

**Signature:** Alexander Kolodin

**Date:** 9/13/2021

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**