# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Cox, | No. CV-21-08197-PCT-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| CoinMarketCap OpCo LLC, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 294(b), I hereby order the Clerk of the Court to reassign this case, by random lot, to another Judge in the District of Arizona. I am informed by the Clerk of the Court that Judge Susan M. Brnovich has been drawn, accordingly,

**IT IS HEREBY ORDERED** that this matter is reassigned to the Honorable Susan M. Brnovich, United States District Judge. All further pleadings and papers submitted for filing shall bear the following complete case number: CV-21-8197-PCT-SMB.

Dated this 15th day of September, 2021.

James A. Teilborg
Senior United States District Judge