AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Ryan Cox, individually and on behalf of all other similarly situated; <br><br> *Plaintiff(s)* <br> v. <br> CoinMarketCap OpCo, LLC, Binance Capital Management Co., Ltd., BAM Trading Services Inc., Changpeng Zhao, Catherine Coley, Yi He, Ted Lin, and Does I-X; <br><br> *Defendant(s)* | Civil Action No. 3:21-cv-08197-SMB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BAM Trading Services Inc.
C/O
CT Corporation System
330 N. Brand Blvd.
Ste. 700
Glendale, CA 91203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alexander Kolodin (SBN 030826)
The Davillier Law Group, LLC
3443 N. Central Ave., Suite 1009
Phoenix, AZ 85012
602-730-2985
Email: akolodin@davillierlawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____   _____
*Signature of Clerk*

ISSUED ON 6:24 am, Oct 12, 2021
s/ Debra D. Lucas, Clerk