Daniel Roeser (*pro hac vice*)
droeser@goodwinlaw.com
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: +1 212 813-8800
Fax: +1 212 355-3333

Ezekiel L. Hill (*pro hac vice*)
ehill@goodwinlaw.com
**GOODWIN PROCTER LLP**
1900 N Street NW
Washington, DC 20036
Tel.: + 1 202 346-4000
Fax: + 1 202 346-4444

*Attorneys for Defendant*
*BAM Trading Services Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

### PHOENIX DIVISION

| | |
|---|---|
| Ryan Cox, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CoinMarketCap OpCo, LLC, Binance Capital Management Co., Ltd. d/b/a Binance and Binance.com, BAM Trading Services Inc. d/b/a Binance.US, Changpeng Zhao, Catherine Cole, Yi He, Ted Lin, and Does I-X,<br><br>Defendants. | Case No. CV-21-08197-PCT-SMB<br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN pursuant to Local Rule 83.3 of the Rules of Practice and Procedure of the U.S. District Court for the District of Arizona that Daniel Roeser of Goodwin Procter LLP will appear as counsel for Defendant BAM Trading Services Inc. in this matter. Mr. Roeser's contact information is as follows:

Daniel Roeser
droeser@goodwinlaw.com
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: +1 212 813-8800
Fax: +1 212 355-3333

Dated: November 3, 2021

Respectfully submitted,

By: /s/ Daniel Roeser
Daniel Roeser (*pro hac vice*)
droeser@goodwinlaw.com
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel.: +1 212 813-8800
Fax: +1 212 355-3333

Ezekiel L. Hill (*pro hac vice*)
ehill@goodwinlaw.com
**GOODWIN PROCTER LLP**
1900 N Street NW
Washington, DC 20036
Tel.: + 1 202 346-4000
Fax: + 1 202 346-4444

*Attorneys for Defendant*
*BAM Trading Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2021, a copy of the foregoing was filed electronically using the Clerk of Court's CM/ECF system, which will provide notice to all counsel of record.

                                          */s/ Daniel Roeser*
                                          DANIEL ROESER