Daniel Roeser (*pro hac vice*)
DRoeser@goodwinlaw.com
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: +1 212 813-8800
Fax: +1 212 355-3333

Ezekiel L. Hill (*pro hac vice*)
EHill@goodwinlaw.com
**GOODWIN PROCTER LLP**
1900 N Street NW
Washington, DC 20036
Tel.: + 1 202 346-4000
Fax: + 1 202 346-4444

*Attorneys for Defendant*
*BAM Trading Services Inc.*

[Additional Counsel on Signature Page.]

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

## PHOENIX DIVISION

| | |
|---|---|
| Ryan Cox, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>CoinMarketCap OpCo, LLC, Binance Capital Management Co., Ltd. d/b/a Binance and Binance.com, BAM Trading Services Inc. d/b/a Binance.US, Changpeng Zhao, Catherine Coley, Yi He, Ted Lin, and Does I-X,<br><br>        Defendants. | Case No. CV-21-08197-PCT-SMB<br><br>**JOINT STIPULATION FOR SCHEDULING ORDER** |

1    Plaintiff Ryan Cox ("Plaintiff") and Defendants CoinMarketCap OpCo, LLC,

2  Binance Capital Management Co., Ltd., and BAM Trading Services Inc. (collectively, the

3  "Corporate Defendants" and, together with Plaintiff, the "Parties"), by and through their

4  undersigned counsel of record, respectfully submit this Joint Stipulation for Scheduling

5  Order, as follows:

6    WHEREAS, on September 13, 2021, Plaintiff filed a putative class action

7  complaint (the "Complaint") in the above-referenced action (the "Action");

8    WHEREAS, as of the date hereof, Plaintiff has not completed service of the

9  Complaint on Defendants Changpeng Zhao, Catherine Coley, Yi He, and Ted Lin

10  (together, the "Unserved Defendants");

11    WHEREAS, counsel for the Parties having conferred regarding a schedule for

12  responding to the Complaint, the Parties agree that a coordinated briefing schedule for any

13  motion(s) to dismiss will best facilitate the just and efficient progress of the Action and

14  use of this Court's and the Parties' resources; and

15    WHEREAS, the Parties have not previously requested any extensions.

16    NOW, THEREFORE, the Parties hereby stipulate and agree, subject to the Court's

17  approval, as follows:

18    1.    The deadline for the Corporate Defendants to respond to the Complaint shall

19  be sixty (60) days after the date that service of the Complaint upon all Unserved

20  Defendants has been perfected; and

21    2.    Should any of the Corporate Defendants move to dismiss the Complaint,

22  Plaintiff shall file his opposition(s) to the motion(s) to dismiss within sixty (60) days of

23  the filing of the motion(s) to dismiss; and the Corporate Defendants shall file reply

24  brief(s) within thirty (30) days of the filing of Plaintiff's opposition(s).

25    3.    The Corporate Defendants do not waive any of their respective rights and

26  defenses, including, without limitation, any and all jurisdictional, venue, or forum-related

27  rights and defenses, by agreeing to and/or filing this Joint Stipulation for Scheduling

28  Order.

**IT IS SO STIPULATED.**

Dated: November 3, 2021

By:  */s/ Daniel Roeser*

Daniel Roeser (*pro hac vice*)
DRoeser@goodwinlaw.com
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel.: +1 212 813-8800
Fax: +1 212 355-3333

Ezekiel L. Hill (*pro hac vice*)
EHill@goodwinlaw.com
**GOODWIN PROCTER LLP**
1900 N Street NW
Washington, DC 20036
Tel.: + 1 202-346-4000
Fax: + 1 202-346-4444

*Attorneys for Defendant*
*BAM Trading Services Inc.*

Dated: November 3, 2021

By:  */s/ Alexander Kolodin (with permission)*

George Wentz, Jr.
gwentz@davillierlawgroup.com
**THE DAVILLIER LAW GROUP, LLC**
414 Church St., Suite 308
Sandpoint, ID 83864
Tel.+ 1 208-920-6140

Alexander Kolodin
akolodin@davillierlawgroup.com
Christopher Viskovic
cviskovic@davillierlawgroup.com
**THE DAVILLIER LAW GROUP, LLC**
3443 N. Central Ave., Suite 1009
Phoenix, AZ 85012
Tel.: + 1 602-730-2985

*Attorneys For Plaintiff*
*Ryan Cox*

Dated: November 3, 2021

By:  */s/ Karen King (with permission)*

Karen King (*pro hac vice forthcoming*)
kking@maglaw.com
**MORVILLO ABRAMOWITZ**
**GRAND IASON & ANELLO PC**
565 Fifth Avenue
New York, NY 10017
Tel.: +1 212-880-9403

*Attorneys For Defendant*
*CoinMarketCap OpCo, LLC*

2

1

2     Dated: November 3, 2021          By:   */s/ Roberto J. Gonzalez (with permission)*

3                                            Roberto J. Gonzalez
                                             (*pro hac vice forthcoming*)
                                             *rgnozalez@paulweiss.com*
4                                            Jake E. Struebing
                                             (*pro hac vice forthcoming*)
5                                            *jstruebing@paulweiss.com*
                                             **PAUL, WEISS, RIFKIND,**
6                                            **WHARTON & GARRISON LLP**
                                             2001 K Street NW
7                                            Washington, DC 20006
                                             Tel.: +1 202-223-7300
                                             Fax: +1 202-233-7420
8
                                             *Attorneys For Defendant*
9                                            *Binance Capital Management Co., Ltd.*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

 I hereby certify that on November 3, 2021 a copy of the foregoing was filed electronically using the Clerk of Court's CM/ECF system, which will provide notice to all counsel of record.

*/s/ Daniel Roeser*
DANIEL ROESER
