**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

**PHOENIX DIVISION**

| | |
|---|---|
| Ryan Cox, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CoinMarketCap OpCo, LLC, Binance Capital Management Co., Ltd. d/b/a Binance and Binance.com, BAM Trading Services Inc. d/b/a Binance.US, Changpeng Zhao, Catherine Coley, Yi He, Ted Lin, and Does I-X,<br><br>Defendants. | Case No. CV-21-08197-PCT-SMB<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR SCHEDULING ORDER** |

The Court having reviewed the Joint Stipulation for Scheduling Order of Plaintiff Ryan Cox ("Plaintiff") and Defendants CoinMarketCap OpCo, LLC, Binance Capital Management Co., Ltd., and BAM Trading Services Inc. (collectively, the "Corporate Defendants") and finding good cause, IT IS HEREBY ORDERED as follows:

1. The deadline for the Corporate Defendants to respond to the complaint filed by Plaintiff on September 13, 2021 (the "Complaint"), shall be sixty (60) days after the date that service of the Complaint upon all of defendants Changpeng Zhao, Catherine Coley, Yi He, and Ted Lin has been perfected; and

2. Should any of the Corporate Defendants move to dismiss the Complaint,

Plaintiff shall file his opposition(s) to the motion(s) to dismiss within sixty (60) days of the filing of the motion(s) to dismiss; and the Corporate Defendants shall file reply brief(s) within thirty (30) days of the filing of Plaintiff's opposition(s).

    3.    The Corporate Defendants do not waive any of their respective rights and defenses, including, without limitation, any and all jurisdictional, venue, or forum-related rights and defenses, by agreeing to and/or filing the Joint Stipulation for Scheduling Order.

DONE AND ORDERED this _____ day of _____, 2021.

                                            HONORABLE SUSAN M. BRNOVICH
                                            United States District Judge