# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Cox,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CoinMarketCap OpCo LLC, et al.,<br><br>　　　　　Defendants. | No. CV-21-08197-PCT-SMB<br><br>**ORDER** |

The Court having reviewed the Joint Stipulation for Scheduling Order (Doc. 16) of Plaintiff Ryan Cox ("Plaintiff") and Defendants CoinMarketCap OpCo, LLC, Binance Capital Management Co., Ltd., and BAM Trading Services Inc. (collectively, the "Corporate Defendants") and finding good cause,

**IT IS HEREBY ORDERED** as follows:

1. The deadline for the Corporate Defendants to respond to the complaint filed by Plaintiff on September 13, 2021 (the "Complaint"), shall be sixty (60) days after the date that service of the Complaint upon all of defendants Changpeng Zhao, Catherine Coley, Yi He, and Ted Lin has been perfected; and

2. Should any of the Corporate Defendants move to dismiss the Complaint, Plaintiff shall file his opposition(s) to the motion(s) to dismiss within sixty (60) days of the filing of the motion(s) to dismiss; and the Corporate Defendants shall file reply brief(s) within thirty (30) days of the filing of Plaintiff's opposition(s).

3. The Corporate Defendants do not waive any of their respective rights and

defenses, including, without limitation, any and all jurisdictional, venue, or forum-related rights and defenses, by agreeing to and/or filing the Joint Stipulation for Scheduling Order.

Dated this 5th day of November, 2021.

_____
Honorable Susan M. Brnovich
United States District Judge