Alexander Kolodin (030826)
Arno Naeckel (026158)
**Davillier Law Group, LLC**
3443 N. Central Ave., Suite 1009
Phoenix, AZ 85012-2222
602-730-2985
Email:
akolodin@davillierlawgroup.com
anaeckel@davillierlawgroup.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Cox, individually and on behalf of all others similarly situated;<br><br>        Plaintiffs;<br><br>v.z<br>CoinMarketCap OpCo, LLC, Binance Capital Management Co., Ltd. d/b/a Binance and Binance.com, BAM Trading Services Inc. d/b/a Binance.US, Changpeng Zhao, Catherine Coley, Yi He, Ted Lin, and Does I-X;<br><br>        Defendants. | **Case No**.: 3:21-cv-08197-SMB<br><br>**NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL** |

Undersigned counsel hereby gives Notice that he will be representing the plaintiff as Additional counsel I the above captioned matter.

Respectfully submitted this 15th day of November, 2021.

Alexander del rey Kolodin
Partner, Davillier Law Group

*/s/Arno Naeckel*
Arno Naeckel, Esq.

DAVILLIER LAW GROUP, LLC
3443 N. Central Ave. Ste 1009
Phoenix, AZ 85012

## CERTIFICATE OF SERVICE

I hereby certify that on December November 15, 2021 I electronically transmitted the forgoing document to the Clerk's Office using the CM/ECF System for the filing and transmittal of a Notice of Appearance to the CM/ECF registrants on record.


By: */s/ Arno T. Naeckel*