Exhibit B

**Declaration of Yuka Bacchus in Support of Plaintiffs' Motion for Alternative Service**

1. I know the facts set forth in this declaration of my own knowledge and, if sworn as a witness before this court or any other tribunal could and would competently testify thereto.
2. I am of sound mind and of the age of majority.
3. I am currently employed as a paralegal/legal assistant with the Davillier Law Group, LLC.
4. On 11/12/2021 I verified that the following "handles" are associated with the accounts for Changpeng Zhao, Yi He, and Ted Lin:
    a. @cz_binance - https://twitter.com/cz_binance/
    b. @heyibinance - https://twitter.com/heyibinance
    c. @Teddy_Lin - https://twitter.com/Teddy_Lin
5. I then tweeted a picture of the summons that corresponded to each defendant and a link to a copy of the Complaint, at each of these handles.
6. I verify that the below images are true and correct copies of what I tweeted:






7. As can be seen from the below screenshots, taken 11/15/2021, these accounts have all shown activity within the past few days.

DocuSign Envelope ID: B15CCD8A-5654-48CB-A1B0-22D55B40FA17





DocuSign Envelope ID: B15CCD8A-E654-48CB-A1B0-22D55B40FA17



I declare under penalty of perjury under the laws of The United States of America that the foregoing is true and correct and that this declaration was executed on this ____11/15/2021_____, at ____Waddell_____(city), ___Arizona_____ (state).

Signature: __Yuka Bacchus_____ Printed Name: __Yuka Bacchus_____