George Wentz, Jr. (*Pro hac vice*)
**The Davillier Law Group, LLC**
414 Church St., Suite 308
Sandpoint, ID 83864
208-920-6140
Email:
gwentz@davillierlawgroup.com

Alexander Kolodin (030826)
Arno Naeckel (026158)
**Davillier Law Group, LLC**
3443 N. Central Ave., Suite 1009
Phoenix, AZ 85012-2222
602-730-2985
Email:
akolodin@davillierlawgroup.com
anaeckel@davillierlawgroup.com
phxadmin@davillierlawgroup.com (file copies)

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Cox, individually and on behalf of all others similarly situated; | **Case No**.: 3:21-cv-08197-SMB |
| Plaintiffs; | |
| v. | **NOTICE OF ERRATA** |
| CoinMarketCap OpCo, LLC, Binance Capital Management Co., Ltd. d/b/a Binance and Binance.com, BAM Trading Services Inc. d/b/a Binance.US, Changpeng Zhao, Catherine Coley, Yi He, Ted Lin, and Does I-X; | |
| Defendants; | |

The Proposed Order originally attached to the Plaintiff's Motion for Alternative Service was attached in error.  The corrected version of the Proposed Order is attached hereto.

1

Respectfully submitted this 16th day of November 2021.

2

*/s/Arno Naeckel*

3

DAVILLIER LAW GROUP, LLC

4

3443 n. Central Ave. Ste 1009

5

Phoenix, AZ  85012

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16th, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

Dated this 16th day of November, 2021

/s/Arno Naeckel

DAVILLIER LAW GROUP, LLC
3443 N. Central Ave. Ste 1009
Phoenix, AZ 85012