George Wentz, Jr. (Pro hac vice application forthcoming)
**Davillier Law Group, LLC**
414 Church St., Suite 308
Sandpoint, ID 83864
208-920-6140
Email:
gwentz@davillierlawgroup.com

Alexander Kolodin (030826)
Arno Naeckel (026158)
**Davillier Law Group, LLC**
3443 N. Central Ave., Suite 1009
Phoenix, AZ 85012-2222
602-730-2985
Email:
akolodin@davillierlawgroup.com
anaeckel@davillierlawgroup.com
phxadmin@davillierlawgroup.com (file copies)

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Cox, individually and on behalf of all others similarly situated; | **Case No.**: 3:21-cv-08197-SMB |
| Plaintiffs; | |
| v. | **PROPOSED ORDER** |
| CoinMarketCap OpCo, LLC, Binance Capital Management Co., Ltd. d/b/a Binance and Binance.com, BAM Trading Services Inc. d/b/a Binance.US, Changpeng Zhao, Catherine Coley, Yi He, Ted Lin, and Does I-X; | |
| Defendants. | |

This Court finds that because CoinMarketCap OpCo, LLC and Binance Capital Management Co., Ltd. have been served Binance's officers Changpeng Zhao, Yi He, and Ted Lin likely already have actual notice of this action. This Court further finds that service

by electronic means is appropriate in these circumstances pursuant to FRCP 4(f) and that service by other means is likely to be impractical. Therefore, upon consideration of Plaintiffs' Motion for Alternative Service and good cause appearing it is Ordered:

    A.    Plaintiffs' service of Changpeng Zhao, Yi He, and Ted Lin by tweeting a copy of the Summons and a link to the Complaint at: https://twitter.com/cz_binance/, https://twitter.com/heyibinance, https://twitter.com/Teddy_Lin complies with FRCP 4(f).

    B.    Defendants Changpeng Zhao, Yi He, and Ted Lin are to respond to Plaintiffs' Complaint within 21 days of entry of this Order. Plaintiffs are to deliver a copy of this Order to Defendants Zhao, He, and Lin within two business days day of the entry of this order via the same means so long as Zhao, He, and Lin have not changed their Twitter privacy settings or deleted these accounts as of the date of this Order.