| | |
|---|---|
| Name | Daniel Roeser |
| Bar # | Pro Hac Vice |
| Firm | Goodwin Procter LLP |
| Address | 620 Eighth Avenue |
| | New York, NY 10018 |
| | droeser@goodwinlaw.com |
| Telephone | 212-813-8800 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Cox, individually and on behalf of all others similarly situated,<br>        Plaintiff,<br>    vs.<br>CoinMarketCap OpCo, LLC, Binance Capital Management Co., Ltd. d/b/a Binance and Binance.com, BAM Trading Services Inc. d/b/a Binance.US, Changpeng Zhao, Catherine Coley, Yi He, Ted Lin, and Does I-X,<br>        Defendant. | **Case No.** CV-21-08197-PCT-SMB<br><br>**Corporate Disclosure Statement** |

This Corporate Disclosure Statement is filed on behalf of  BAM Trading Services Inc.  in compliance with the provisions of: *(check one)*

    __X__    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    _____    Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    _____    Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

\_\_\_\_   No such corporation.

\_\_\_\_   Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____ Relationship _____

\_\_\_\_   Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship _____

  X    Other(please explain)
BAM Trading Services Inc. is a wholly owned subsidiary of BAM Management US Holdings, Inc., which is not publicly owned.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this 16th day of November, 2021.

/s/Daniel Roeser
Counsel of Record

Certificate of Service:
I hereby certify that on November 16, 2021 a copy of the foregoing was filed electronically using the Clerk of Court's CM/ECF system, which will provide notice to all counsel of record.

/s/ Daniel Roeser