# AFFIDAVIT OF PUBLICATION

# ARIZONA CAPITOL TIMES

P.O. Box 2260     Phoenix, AZ 85002
Phone: (602) 258-7026     Fax: (602) 258-2504

3:21-cv-08197-SMB

**STATE OF ARIZONA )**
**County of Maricopa) ss**

I, **Gary Grado** as **Managing Editor** of the **Arizona Capitol Times (AZ)**, am authorized by the publisher as agent to make this affidavit of publication. Under oath, I state that the following is true and correct.

The **Arizona Capitol Times (AZ)** which is published weekly, is of general circulation. The notice will be/has been published **4** consecutive times in the newspaper listed above.

**DATES OF PUBLICATION:**

11/19/2021     11/26/2021     12/3/2021
12/10/2021

**DESCRIPTION:**

COX, RYAN VS OPCO, COINMARKET

---

Civil Action No. 3:21-cv-08197-SMB / Cox v. CoinMarket OpCo, LLC
**SUMMONS IN A CIVIL ACTION**
UNITED STATES DISTRICT COURT for the District of Arizona
Ryan Cox, individually and on behalf of all other similarly situated; Plaintiff(s) v. CoinMarket OpCo, LLC, Binance Capital Mgmt. Co., Ltd. d/b/a Binance and Binance.com, BAM Trading Services Inc. d/b/a Binance. US, Changpeng Zhao, Catherine Coley, Yi He, Ted Lin, and Does I-X; Defendant(s)
To: (Defendant's name and address) Catherine Coley (address unknown)
A lawsuit has been filed against you.
Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Alexander Kolodin (SBN 030826) Davillier Law Group, LLC 3443 N. Central Ave., Suite 1009 Phoenix, AZ 85012 602-730-2985 Email: akolodin@davillierlawgroup.com
If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.
Date: 11/10/2021 /s/ CLERK OF COURT
A copy of the complaint can be obtained by contacting the Davillier Law Group at 602-730-2985 or phxadmin@davilliergrouplaw.com; Davillier Law Group, 3443 N. Central #1009, Phoenix, AZ 85012
11/19, 11/26, 12/3, 12/10, 2021 editions Arizona Capitol Times

---

_____
AUTHORIZED SIGNATURE
**Gary Grado**

SUBSCRIBED AND SWORN TO BEFORE ME
ON THE ___10th___ DAY OF __December 2021__.

MARIA ENGELMANN
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
January 14, 2022

_____
NOTARY SIGNATURE
**Maria Engelmann**