William S. Wolfe (*pro hac vice application pending*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
(212) 558-3955
wolfew@sullcrom.com

*Attorney for Defendant Catherine Coley*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Cox, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>CoinMarketCap OpCo, LLC; Binance Capital Management Co., Ltd. d/b/a Binance and Binance.com; BAM Trading Services Inc. d/b/a Binance.US; Changpeng Zhao; Catherine Coley; Yi He; Ted Lin; and Does I-X;<br><br>Defendants. | Case No.: 21-cv-08197-SMB<br><br>**NOTICE OF LIMITED SPECIAL APPEARANCE** |

William S. Wolfe, of the law firm Sullivan & Cromwell LLP, gives notice of his limited special appearance in the above-captioned matter, as an attorney of record for Defendant Catherine Coley.  This special appearance is for the limited purpose of moving to dismiss all claims against Ms. Coley, on the basis that Plaintiff has failed to validly serve Ms. Coley with the summons and complaint in this matter.  By entering this limited special appearance, Ms. Coley does not waive any defenses in this matter, nor does she accede to the jurisdiction of this Court.

December 15, 2021

/s/ William S. Wolfe
William S. Wolfe
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
(212) 558-3955
wolfew@sullcrom.com

*Attorney for Defendant Catherine Coley*

## Certificate of Service

I hereby certify that on December 15, 2021, I electronically submitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.


December 15, 2021


/s/ William S. Wolfe
William S. Wolfe
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
(212) 558-3955
wolfew@sullcrom.com

*Attorney for Defendant Catherine Coley*