# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Cox, | No. CV-21-08197-PCT-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| CoinMarketCap OpCo LLC, et al., | |
| Defendants. | |

The Court having considered Plaintiff's Motion for Extension of Time for Service (Doc. 27) and finding good cause,

**IT IS HEREBY ORDERED** the Motion is **GRANTED**. The deadline for Plaintiffs to perfect service upon Defendants Changpeng Zhao, Catherine Coley, Yi He, and Ted Lin shall be sixty (60) days after the entry of the Court's order either granting or denying Plaintiff's Motion for Alternative Service Via Social Media.

Dated this 16th day of December, 2021.

_____
Honorable Susan M. Brnovich
United States District Judge