George Wentz, Jr. (*Pro hac vice*)
**The Davillier Law Group, LLC**
414 Church St Suite 308
Sandpoint, ID 83864
208-920-6140
Email: gwentz@davillierlawgroup.com

Alexander Kolodin (SBN 030826)
Arno Naeckel (SBN 026158)
**The Davillier Law Group LLC**
3443 N. Central Ave., Suite 1009
Phoenix, AZ 85012
620-730-2985
Email: akolodin@davillierlawgroup.com
anaeckel@davillierlawgroup.com
phxadmin@davillierlawgroup.com (file copies)

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Cox, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CoinMarketCap OpCo, LLC, Binance Capital Management Co., Ltd. d/b/a Binance and Binance.com, BAM Trading Services Inc. d/b/a Binance.US, Changpeng Zhao, Catherine Coley, Yi He, Ted Lin, and Does I-X;<br><br>Defendants. | Case No.: 3:21-cv-08197-SMB<br><br>**PLAINTIFFS' MOTION FOR RECONSIDERATION OF MINUTE ENTRY ORDER TERMINATING DEFENDANTS BINANCE AND COINMARKETCAP FOR NON-SERVICE** |

    Plaintiff, Ryan Cox *et al.*, by and through his attorneys, Arno Naeckel and the

Davillier Law Group LLC, moves this Honorable Court to reconsider its minute order

- 1 -

of December 16, 2021, Docket Entry #34, terminating defendants Binance Capital Management Co., Ltd. ("Binance") and CoinMarketCap OpCo LLC ("CoinMarketCap") for nonservice pursuant to the Court's order of September 16, 2021 and Fed. R. Civ. P. 4(m), based upon the argument below:

**FACTS**

On October 13, 2021, CoinMarketCap OpCo, LLC was served by Plaintiffs pursuant to Fed. R. Civ. P. 4 by service upon Corporation Service Company, designated by law to accept service of process on their behalf. Exhibit A, *Proof of Service – CoinMarketCap OpCo, LLC*.

On November 3, 2021, Binance was served by Plaintiffs pursuant to Fed. R. Civ. P. 4 by by service upon ICS Corporate Services (BVI) Limited, designated by law to accept service of process on their behalf. Exhibit B, *Proof of Service – Binance Capital Management Co., Ltd.*

On November 3, 2021, counsel for CoinMarketCap and Binance entered into a joint stipulation with counsel for Defendant BAM Trading Services Inc. d/b/a Binance.US and counsel for Plaintiffs as to the timing of the response to the Plaintiffs' complaint by these three defendants. [DE 16] pp. 2-3. This stipulation was signed by counsel for Binance and CoinMarketCap OpCo LLC (as well as by counsel for Binance.US). Via this joint stipulation, the parties further acknowledged that the only remaining unserved defendants at that time were Changpeng Zhao, Catherine Coley, Yi He, and Ted Lin. *Id*. 1:8-10, 18-20. Pursuant to this stipulation, the Court entered an Order requiring Defendants Binance and CoinMarketCap to respond to the Complaint within 60 days after

service on the remaining unserved defendants was completed. [DE 17] 1:20-24. Because of this joint stipulation and the resulting Order, Plaintiffs believed, apparently erroneously, that filing proof of service was unnecessary for these defendants.

**LEGAL STANDARD**

On motion or on its own, "The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record." Fed. R. Civ. P. 60(a). On motion, a court may relieve a party from a final judgment or order for "mistake, inadvertence, surprise, or excusable neglect." Fed. R. Civ. P. 60(b)(1). A motion under this rule must be made "within a reasonable time" and "no more than a year" after the entry of the order. Fed. R. Civ. P. 60(c)(1). Service under Rule 4 is "a flexible rule that should be liberally construed so long as a party receives sufficient notice of the complaint." *Scott v. Sebelius*, 379 F. App'x 603, 604 (9th Cir. 2010) (internal citation omitted).

**ARGUMENT**

Plaintiffs properly served defendants Binance and CoinMarketCap within the period of time set by this Court for service. In recognition of the sufficiency of this notice, both corporate entities that were terminated for non-service negotiated and signed a joint stipulation by counsel, and therefore appeared in this action pursuant to LRCiv 83.3(a). They were then ordered by the Court to respond to the Complaint. Plaintiffs inadvertently failed to file the proofs of service pursuant to this Court's Order, but have approached the Court with proof within a reasonable time of the discovery of their mistake—a few days. Plaintiffs therefore respectfully request that this Court

reconsider its minute order of December 16, 2021, Docket Entry #34, and readmit defendants Binance and CoinMarketCap to the case so that litigation may proceed in the interest of justice.

Respectfully submitted this 20th day of December, 2021.

<u>/s/ Arno Naeckel</u>
Arno Naeckel
DAVILLIER LAW GROUP, LLC
3443 N. Central Ave. Ste 1009
Phoenix, AZ 85012

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this Motion, which is 4 pages, does not exceed the page limit set forth by LRCiv 7.2(e)(1) of 17 pages.

Dated this 20th day of December, 2021.

/s/ Arno Naeckel
Arno Naeckel
DAVILLIER LAW GROUP, LLC
3443 N. Central Ave. Ste 1009
Phoenix, AZ 85012

## CERTIFICATE OF SERVICE

I hereby certify that on December 20th, 2021, I electronically submitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

Dated this 20th day of December, 2021.

/s/ Arno Naeckel
Arno Naeckel
DAVILLIER LAW GROUP, LLC
3443 N. Central Ave. Ste 1009
Phoenix, AZ 85012

# EXHIBIT A

Proof of Service – CoinMarketCap OpCo, LLC

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-08197-SMB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CoinMarketCap OpCo, LLC
was received by me on *(date)* 10/12/2021 .

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CORPORATION SERVICE COMPANY , who is designated by law to accept service of process on behalf of *(name of organization)* CoinMarketCap OpCo, LLC
on *(date)* 10/13/2021 ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $ 200 for services, for a total of $ 200 .

I declare under penalty of perjury that this information is true.

Date: 10/14/2021

*christina song*
Server's signature

Christina Song, Private Process Server
Printed name and title

101 Poplar St
Philadelphia, PA 19123
Server's address

Additional information regarding attempted service, etc:
Wed 10/13/2021 03:08 PM at 251 Little Falls Dr Wilmington, DE 19808: I delivered the documents to CORPORATION SERVICE COMPANY, REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black male contact 5'8"-5'10" tall and weighing 160-180 lbs.

# EXHIBIT B

Proof of Service – Binance Capital Management Co., Ltd.

Case 3:21-cv-08197-SMB   Document 13-1   Filed 11/02/21   Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona ▼

| | |
|---|---|
| Ryan Cox, individually and on behalf of all other similarly situated individuals<br><br>*Plaintiff(s)*<br>v.<br>CoinMarketCap OpCo,LLC; Binance Capital Management Co.,Ltd d/b/a Binance and Binance.com; BAM Trading Services Inc.d/b/a Binance.US; Changpeng Zhao; Catherine Coley; Yi He; Ted Lin<br><br>*Defendant(s)* | Civil Action No. 3:21-CV-08197-SMB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Binance Capital Management d/b/a Binance and/or Binance.com

C/O Ms. Sarah Li
ICS Corporate Services (BVI) Limited
Sea Meadow House
PO Box 116
Road Town, Tortola VG1110
British Virgin Islands

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alexander Kolodin (SBN 030826)
The Davillier Law Group, LLC
3443 N. Central Ave., Suite 1009
Phoenix AZ 85012
602-730-2985
Email: akolodin@davillierlawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____11/02/2021_____

Signature of

ISSUED ON 12:11 pm, Nov 02, 2021
s/ Debra D. Lucas, Clerk

ALICIA DAVIS
CORPORATE MANAGER
3 NOVEMBER, 2021  9:14am

Civil Action No. **3:321-CV-08197-SMB**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for Binance Capital Management d/b/a Binance and/or Binance.com C/O Ms. Sarah Li ICS Corporate Services (BVI) Limited was received by me on November 2, 2021.

Documents: **Summons in a Civial ActionComplaint**

Service Address: **PO Box 116 Road Town Tortola, BV VG1110**

☐ I personally served the above documents on the individual at (address) on (date/time)

☐ I left the summons at the individual's residence or usual place of abode with Alicia Davis - Officer of the company/authorized to accept, a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☑ I served the summons to **Alicia Davis - Officer of the Company/Authorized to aceppt**, who is designated by law to accept service of process on behalf of **Binance Capital Management d/b/a Binance and/or Binance.com C/O Ms. Sarah Li ICS Corporate Services (BVI) Limited** on **November 3, 2021 9:14 AM**

☐ I returned the summons unexecuted because ; or

☐ other *(specify):*

My fees are $ .00 for travel and $ 1,500.00 for services, for a total of $ 1,500.00

*I declare under penalty of perjury under the laws of the The State of California that this information is true.*

Date: **November 3, 2021**

*Dervin Stoutt*
Server's signature

**Dervin Stoutt**
Printed name and title
REG # , County of

**555 ANTON BLVD STE 150, COSTA MESA, CA 92626**
Server's Address

Additional information regarding attempted service, etc:

15237