IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Cox, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CoinMarketCap OpCo, LLC, Binance Capital Management Co., Ltd. d/b/a Binance and Binance.com, BAM Trading Services Inc. d/b/a Binance.US, Changpeng Zhao, Catherine Coley, Yi He, Ted Lin, and Does I-X;<br><br>　　　　Defendants. | Case No.: 3:21-cv-08197-SMB<br><br>**[Proposed] ORDER GRANTING PLAINTIFFS' MOTION FOR RECONSIDERATION OF MINUTE ORDER TERMINATING DEFENDANTS [Defendants Binance Capital Management Company Limited, CoinMarketCap OpCo LLC]** |

　　The Court, having reviewed the pleadings and motions upon the record and in the interest of judicial economy, and finding good cause, IT IS HEREBY ORDERED as follows:

　　That, pursuant to Fed. R. Civ. P. 60(b)(1), the Court's Minute Order of December 16, 2021, DE 34, is stricken from the record, and that Plaintiffs' Proofs of Service upon Defendants Binance Capital Management Company Limited and CoinMarketCap OpCo LLC are accepted by this Court under Fed. R. Civ. P. 4(m).

- 1 -