James M. McDonald (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
(212) 558-3030
mcdonaldj@sullcrom.com

*Attorney for Defendant Catherine Coley*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Cox, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>CoinMarketCap OpCo, LLC; Binance Capital Management Co., Ltd. d/b/a Binance and Binance.com; BAM Trading Services Inc. d/b/a Binance.US; Changpeng Zhao; Catherine Coley; Yi He; Ted Lin; and Does I-X;<br><br>Defendants. | Case No.: 21-cv-08197-SMB<br><br>**NOTICE OF LIMITED SPECIAL APPEARANCE** |

      James M. McDonald, of the law firm Sullivan & Cromwell LLP, gives notice of his special limited appearance in the above-captioned matter, as an attorney of record for Defendant Catherine Coley.  This special appearance is for the limited purpose of moving to dismiss all claims against Ms. Coley, on the basis that Plaintiff has failed to validly serve Ms. Coley with the summons and complaint in this matter.  By entering this special limited appearance, Ms. Coley does not waive any defenses in this matter, nor does she accede to the jurisdiction of this Court.

January 6, 2022

                                */s/ James M. McDonald*
                                James M. McDonald
                                SULLIVAN & CROMWELL LLP
                                125 Broad Street
                                New York, New York  10004
                                (212) 558-3030
                                mcdonaldj@sullcrom.com

                                *Attorney for Defendant Catherine Coley*

-3-

## Certificate of Service

I hereby certify that on January 6, 2022, I electronically submitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

January 6, 2022

                                         */s/ James M. McDonald*
                                         James M. McDonald
                                         SULLIVAN & CROMWELL LLP
                                         125 Broad Street
                                         New York, New York 10004
                                         (212) 558-3030
                                         mcdonaldj@sullcrom.com

                                         *Attorney for Defendant Catherine Coley*