William S. Wolfe (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
(212) 558-4000
wolfew@sullcrom.com

*Attorney for Defendant Catherine Coley*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Ryan Cox, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>CoinMarketCap OpCo, LLC; Binance Capital Management Co., Ltd. d/b/a Binance and Binance.com; BAM Trading Services Inc. d/b/a Binance.US; Changpeng Zhao; Catherine Coley; Yi He; Ted Lin; and Does I-X;<br><br>Defendants. | Case No.: 21-cv-08197-PCT-SMB<br><br>**NOTICE OF CHANGE OF COUNSEL WITHIN SAME FIRM** |

Pursuant to LRCiv 83.3, William S. Wolfe of Sullivan & Cromwell LLP will no longer be representing defendant Catherine Coley, due to a forthcoming change in employment.  Ms. Coley will continue to be represented by counsel within the same firm, James M. McDonald and Ann-Elizabeth Ostrager.

| | |
|---|---|
| James M. McDonald<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York  10004<br>mcdonaldj@sullcrom.com | Ann-Elizabeth Ostrager<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York  10004<br>ostragerae@sullcrom.com |

-2-

January 11, 2022

/s/ *William S. Wolfe*

William S. Wolfe (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
(212) 558-4000
wolfew@sullcrom.com

## Certificate of Service

I hereby certify that on January 11, 2022, I electronically submitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

January 11, 2022

/s/ *William S. Wolfe*

William S. Wolfe (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
(212) 558-4000
wolfew@sullcrom.com