KW LAW, LLP
Andrea S. Tazioli (# 026621)
6122 N. 7th St., Suite D
Phoenix, AZ 85014
Telephone: (602) 609-7367
andrea@kwlaw.co

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Roberto J. Gonzalez (*pro hac vice* forthcoming)
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
rgonzalez@paulweiss.com

*Attorneys for*
*Defendant Binance Capital Management Co., Ltd.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Cox, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CoinMarketCap OpCo, LLC; Binance Capital Management Co., Ltd. d/b/a Binance and Binance.com; BAM Trading Services Inc. d/b/a Binance.US; Changpeng Zhao; Catherine Coley; Yi He; Ted Lin; and Does I-X;<br><br>Defendants. | Case No. 21-cv-08197-PCT-SMB<br><br>**DEFENDANT BINANCE CAPITAL MANAGEMENT CO., LTD.'s RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION** |

Pursuant to the Court's Order dated January 11, 2022 (ECF No. 39), Binance Capital Management Co., Ltd. ("Binance"), by and through undersigned counsel, acknowledges that it has been served and does not oppose Plaintiff's motion for reconsideration. As set forth in the Joint Stipulation dated November 3, 2021 (ECF No. 16), which was so ordered by this Court on November 5, 2021 (ECF No. 17), Binance reserves all rights and defenses, including, without limitation, any and all jurisdictional,

venue, or forum-related rights and defenses. Binance anticipates filing a motion to dismiss pursuant to Fed. R. Civ. P. 12(b) within sixty (60) days of service of all Defendants, but to its knowledge, not all individual Defendants have been served.

RESPECTFULLY SUBMITTED this 18th day of January 2022.

KW Law, LLP
6122 North 7th Street, Suite D
Phoenix, Arizona 85014

By: /s/ Andrea S. Tazioli
    Andrea S. Tazioli (#026621)
    *Attorneys for Defendant Binance*
    *Capital Management Co., Ltd.*

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
2001 K Street, NW
Washington, DC 20006

By: */s/ Roberto Gonzalez (with permission)*
    Roberto J. Gonzalez (*pro hac vice* forthcoming)
    *Attorneys for Defendant Binance*
    *Capital Management Co., Ltd.*

**CERTIFICATE OF SERVICE**

I certify that on the 18th day of January 2022, I electronically transmitted the foregoing document to the Office of the Clerk of the Court, using the CM/EFC System, for filing and for transmittal of a Notice of Electronic Filing to the CM/EFC registrants on record.

/s/ Sarah Flaaen

3

4885-9045-6585, v. 2