KW LAW, LLP
Andrea S. Tazioli, (#026621)
6122 N. 7th St., Suite D
Phoenix, AZ 85014
Telephone: (602) 609-7367
andrea@kwlaw.co

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO, P.C.
Karen R. King (*pro hac vice* forthcoming)
565 Fifth Avenue
New York, New York 10017
Tel: (212) 856-9600
kking@maglaw.com

*Attorneys for
Defendant CoinMarketCap OpCo, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Cox, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CoinMarketCap OpCo, LLC; Binance Capital Management Co., Ltd. d/b/a Binance and Binance.com; BAM Trading Services Inc. d/b/a Binance.US; Changpeng Zhao; Catherine Coley; Yi He; Ted Lin; and Does I-X; <br><br> Defendants. | Case No. 21-cv-08197-PCT-SMB <br><br> **DEFENDANT COINMARKETCAP OPCO, LLC's RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION** |

Pursuant to the Court's Order dated January 11, 2022 (ECF No. 39), CoinMarketCap OpCo, LLC ("CMC"), by and through undersigned counsel, acknowledges that it has been served in this action, and it does not oppose Plaintiff's motion for reconsideration of this Court's dismissal for lack of service. As set forth in the Joint Stipulation dated November 3, 2021 (ECF No. 16), which was so ordered by this Court on November 5, 2021 (ECF No. 17), CMC reserves all rights and defenses,

including, without limitation, any and all jurisdictional, venue, or forum-related rights and defenses. CMC anticipates filing a motion to dismiss pursuant to Fed. R. Civ. P. 12(b) within sixty (60) days of service of all Defendants, but to its knowledge, not all individual Defendants have been served.

RESPECTFULLY SUBMITTED this 18th day of January 2022.

    KW Law, LLP
    6122 North 7th Street, Suite D
    Phoenix, Arizona 85014

    By: /s/ Andrea S. Tazioli
    Andrea S. Tazioli (#026621)
    *Attorneys for Defendant*
    *CoinMarketCap OpCo, LLC*

    MORVILLO ABRAMOWITZ GRAND IASON & ANELLO, P.C.
    565 Fifth Avenue
    New York, New York 10017

    By: */s/ Karen R. King  (with permission)*
    Karen R. Ring (*pro hac vice* forthcoming)
    *Attorneys for Defendant*
    *CoinMarketCap OpCo, LLC*

**CERTIFICATE OF SERVICE**

I certify that on the 18th day of January 2022, I electronically transmitted the foregoing document to the Office of the Clerk of the Court, using the CM/EFC System, for filing and for transmittal of a Notice of Electronic Filing to the CM/EFC registrants on record.

/s/ Sarah Flaaen

3

4895-9269-9401, v. 1