KW LAW, LLP
Andrea S. Tazioli (# 026621)
6122 N. 7th St., Suite D
Phoenix, AZ 85014
Telephone: (602) 609-7367
andrea@kwlaw.co

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Roberto J. Gonzalez (*pro hac vice* forthcoming)
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
rgonzalez@paulweiss.com

*Attorneys for Defendant Binance Capital Management Co., Ltd.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Cox, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CoinMarketCap OpCo, LLC; Binance Capital Management Co., Ltd. d/b/a Binance and Binance.com; BAM Trading Services Inc. d/b/a Binance.US; Changpeng Zhao; Catherine Coley; Yi He; Ted Lin; and Does I-X;<br><br>Defendants. | Case No. 21-cv-08197-PCT-SMB<br><br>**DEFENDANT BINANCE CAPITAL MANAGEMENT CO., LTD.'s CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Binance Capital Management Co., Ltd., in compliance with the provisions of:

☒ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

1

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Binance Capital Management Co., Ltd. hereby states that it is a privately-owned company, and that it has no parent corporation and no publicly-held corporation owns 10 percent or more of its stock. A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED this 19th day of January 2022.

          KW Law, LLP
          6122 North 7th Street, Suite D
          Phoenix, Arizona 85014

By: /s/ Andrea S. Tazioli
      Andrea S. Tazioli (#026621)
      *Attorneys for Defendant Binance*
      *Capital Management Co., Ltd.*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006

By: <u>*/s/ Roberto Gonzalez (with permission)*</u>
    Roberto J. Gonzalez (*pro hac vice* forthcoming)
    *Attorneys for Defendant Binance Capital Management Co., Ltd.*

**CERTIFICATE OF SERVICE**

I certify that on the 19th day of January 2022, I electronically transmitted the foregoing document to the Office of the Clerk of the Court, using the CM/EFC System, for filing and for transmittal of a Notice of Electronic Filing to the CM/EFC registrants on record.

<u>/s/ Sarah Flaaen</u>

4