KW LAW, LLP
Andrea S. Tazioli, (# 026621)
6122 N. 7th St., Suite D
Phoenix, AZ 85014
Telephone: (602) 609-7367
andrea@kwlaw.co

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO, P.C.
Karen R. King (*pro hac vice* forthcoming)
565 Fifth Avenue
New York, New York 10017
Tel: (212) 856-9600
kking@maglaw.com

*Attorneys for*
*Defendant CoinMarketCap OpCo, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Cox, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CoinMarketCap OpCo, LLC; Binance Capital Management Co., Ltd. d/b/a Binance and Binance.com; BAM Trading Services Inc. d/b/a Binance.US; Changpeng Zhao; Catherine Coley; Yi He; Ted Lin; and Does I-X;<br><br>Defendants. | Case No. 21-cv-08197-PCT-SMB<br><br>**DEFENDANT COINMARKETCAP OPCO, LLC's CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of CoinMarketCap OpCo, LLC, in compliance with the provisions of:

☒ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held

1

corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, CoinMarketCap OpCo, LLC hereby states that it is a privately-owned company, its ultimate parent company is Binance Capital Management Co., Ltd., a privately-owned company, and no publicly-held corporation owns 10 percent or more of its stock. A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED this 19th day of January 2022.

KW Law, LLP
6122 North 7th Street, Suite D
Phoenix, Arizona 85014


By: _____
    Andrea S. Tazioli (#026621)
    *Attorneys for Defendant*
    *CoinMarketCap OpCo, LLC*

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO, P.C.
565 Fifth Avenue
New York, New York 10017


By: */s/ Karen R. King  (with permission)*
        Karen R. Ring (*pro hac vice*
        forthcoming)
        *Attorneys for Defendant*
        *CoinMarketCap OpCo, LLC*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that on the 19th day of January 2022, I electronically transmitted the foregoing document to the Office of the Clerk of the Court, using the CM/EFC System, for filing and for transmittal of a Notice of Electronic Filing to the CM/EFC registrants on record.

/s/ Sarah Flaaen