1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Cox, | No. CV-21-08197-PCT-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| BAM Trading Services Incorporated, et al., | |
| Defendants. | |

Pending before this Court is Plaintiffs' Motion for Reconsideration of Minute Entry Order Terminating Defendants Binance And Coinmarketcap for Non-Service (Doc. 35). Both Binance and CoinMarketCap have responded that there is no objection.  Therefore,

**IT IS ORDERED** granting Plaintiff's Motion for Reconsideration (Doc. 35).  The Court's Minute Order of December 16, 2021 is vacated and Defendants Binance and CoinMarketCap are reinstated.

Dated this 20th day of January, 2022.

Honorable Susan M. Brnovich
United States District Judge