## SWORN STATEMENT

RYAN COX, individually and on behalf
Of all other similarly situated:

v.

CIVIL NUM. 3:21-cv-08197-SMB

CoinMarketCap OpCo, LLC Binance Capital Mgmt.
Co.,Ltd. d/b/a Binance and Binance, com. BAM
Trading Services Inc. d/b/a Binance, US Changpeng
Zhao, Catherine Coley, Yi He, Ted Lin, and Does I-X

For: Chatherine Coley
Resident: 1865, 1865 Calle McLearly
San Juan, Puerto Rico 00911

**COMES NOW** Juana Guerra, of legal age, single, owner of Caribbean Process Server, and resident of San Juan, Puerto Rico, and with the utmost solemnity declares before the Notary Public:

1) My legal circumstances are those above.

2) I am an authorized process server in the jurisdiction of Puerto Rico.

3) I was hired by Lee J. Rohn and Associates, LLC to Catherine Coley whose last place of abode was 865 Mcleary Street, San Juan, PR.

4) I went to said address on Tuesday, January 11, 2022, to summon Ms. Coley. There I was informed by Olga Santiago that the above address belongs to a person by the name of Johana and she rents it as an AirBNB. No last name was given. This information was reiterated by two other individuals, who I can identify, who refused to give me their name.

5) The subscribing notary has explained to me that lying in a sworn statement by have civil and criminal implications relating to perjury.

In San Juan, Puerto Rico, on this January 11th, 2022.

*Juana Guerra*

**Affidavit 2314**

Sworn and subscribed to me by Juana Guerra, of the circumstances described above and whom I know personally.

In San Juan, Puerto Rico, on this January 11th, 2022.

Jorge Luis Armenteros-Chervoni
Notary Public, RUA 12,153

# JUANA GUERRA
## PARALEGAL
Calle Pachín Marín 471
Urb. Floral Park,
San Juan, Puerto Rico 00917
(787) 358-4111

11 de _enero_ de 2022

A: _Daville Law group LLC._
_____
_____
_____

Re: Factura                                   Caso núm.: _3-21-cv-08197 SMB_
                                              sobre: _____

Estimado(a) _Daville Law group LLC._

En lo adelante le detallo la factura por la labor realizada:

✓ Gestiones de búsqueda                                             $ _150.00_
— Diligenciamiento del emplazamiento a: _____              $ _____
— Diligenciamiento del emplazamiento a: _____              $ _____
— Diligenciamiento del emplazamiento a: _____              $ _____
— Citación                                                          $ _____
— Sello para Juramento                                              $ _____
— Juramento                                                         $ _40.00_
— Radicación                                                        $ _____
✓ Total adeudado                                                    $ _190.00_

Sin nada más a lo cual referirme me suscrito agradecido por la confianza depositada en los asuntos traídos a nuestra atención.

Cordialmente,

_[signature]_

Juana Guerra