## AFFIDAVIT OF NON-SERVICE

### UNITED STATES DISTRICT COURT
### District of Arizona

Case Number: 3:21-CV-08197-SMB

Plaintiff:
**RYAN COX, INDIVIDUALLY AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED**

vs.

Defendant:
**COINMARKETCAP OPCO, LLC, BINANCE CAPITAL MGMT, CO. LTD. ET AL**

For:
ALEXANDER KOLODIN
DAVILLIER LAW GROUP, LLC
3443 N. CENTRAL AVE
SUITE 1009
PHOENIX, AZ 85012

Received by Central Florida Process and Investigations, Inc. on the 7th day of January, 2022 at 10:42 am to be served on **CATHERINE COLEY, 140 CORTLAND AVE., WINTER PARK, FL 32789.**

I, Amy Brown, being duly sworn, depose and say that on the **24th day of January, 2022 at 2:23 pm, I:**

**NON-SERVED** the **SUMMONS, CLASS ACTION COMPLAINT** for the reason that I failed to find **CATHERINE COLEY and the address of 140 CORTLAND AVE., WINTER PARK, FL 32789** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
1/20/2022  11:28 am  Attempted service at 140 CORTLAND AVE., WINTER PARK, FL  32789, valerie boos bought the home 8 years ago and the Coley moved to North Carolina  Grey sienna tag y80rwp

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 24th day of January, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

JACLYN MONIQUE KELLEY
Notary Public - State of Florida
Commission # HH 198427
My Comm. Expires Nov 14, 2025
Bonded through National Notary Assn.

Amy Brown
CPS#0028 CPS#374

Central Florida Process and Investigations, Inc.
1516 E. Colonial Drive
Suite 201
Orlando, FL 32803
(407) 709-8707

Our Job Serial Number: PKP-2022000245

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1x

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Ryan Cox, individually and on behalf of all other similarly situated;<br><br>*Plaintiff(s)*<br>v.<br>CoinMarketCap OpCo, LLC, Binance Capital Mgmt. Co., Ltd. d/b/a Binance and Binance.com, BAM Trading Services Inc. d/b/a Binance.US, Changpeng Zhao, Catherine Coley, Yi He, Ted Lin, and Does I-X;<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:21-cv-08197-SMB<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Catherine Coley (address unknown)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Alexander Kolodin (SBN 030826)
Davillier Law Group, LLC
3443 N. Central Ave., Suite 1009
Phoenix, AZ 85012
602-730-2985
Email: akolodin@davillierlawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/10/2021

Signature of Clerk

ISSUED ON 6:08 am, Nov 12, 2021
s/ Debra D. Lucas, Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-08197-SMB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: