AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-08197-SMB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Catherine Coley__
was received by me on *(date)* __1/6/22__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because __Defendant does not reside at service address__; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __2/10/22__

*Server's signature* (signed)

__Lindsey Oldham, Process Server__
*Printed name and title*

__6747 Chauncey Dr, Raleigh, NC 27615__
*Server's address*

Additional information regarding attempted service, etc:

I attempted service on 1/13/22 at 7:15 pm. The service address is the residence of Defendant's mother, Melanie Coley. I spoke with Melanie who stated that her daughter does not reside there nor recieve mail there. She said she could not provide me with a current address for her daughter because Catherine is a "nomad". I left my name and number and asked that she have her daughter call me. I have not recieved any call back from Defendant to this date.