UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
-------------------------------------------------------------------X
Ryan Cox, individually and on behalf of all other similarly situated,
                                 Plaintiff(s),                   Index No. 3:21-CV-08197-SMB

    -against-

CoinMarketCap OpCo, LLC, Et AL.,                          **AFFIDAVIT OF ATTEMPTED SERVICE**
                                 Defendant(s)
-------------------------------------------------------------------X
STATE OF NORTH CAROLINA, COUNTY OF NEW HANOVER: SS.:

     Dwayne Page, being duly sworn, deposes and states that deponent is not a party herein, is over 18 years of age and resides in the State of North Carolina. On **February 9, 2022** at **7:17 pm** at **303 Beach Road N, Wilmington, NC 28411** deponent attempted to serve the within:

| X SUMMONS IN A CIVIL ACTION | X CLASS ACTION COMPLAINT | | |
|---|---|---|---|
| | | | |

on **Catherine Coley, defendant.**

   **Individual:** By delivering a true copy of same to respondent/defendant/witness personally; and deponent knew the person so served to be the person described as said respondent/defendant/witness.

**X Attempted Service:** Deponent attempted to serve the above-named at the above gated community address accompanied by the Wilmington Police escort but the home was found unoccupied with several months of accumulated mail. No additional information was available and client advised.

   **Mailing:** Deponent also enclosed a copy of same in a post-paid sealed envelope marked personal and confidential properly addressed to the above third party defendant at the above address by first class mail, in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| Male | White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
|---|---|---|---|---|---|
| Female | Black Skin | Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | 36-50 Yrs. | 5'9"-6' | 131-160 Lbs. |
| | Lt Brown | Gray Hair | 51-65 Yrs. | Over 6' | 161-200 Lbs. |
| | Asian | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Indian | White Hair | | | |
| | Hispanic | Bald | | Facial Hair | Glasses |

Other Identifying Features: _____
X Index Number/Date of Filing Endorsement _____
   Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

Sworn to before me this
th day of February, 2022

                                Dwayne Page - Process Server
                                All American Process Servers, Wilmington, NC
                                **DAVILLIER LAW GROUP, LLC**

Dale A Stanmire
Notary Public
Pender County
North Carolina
My Commission Expires 5-1-22