IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Cox, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CoinMarketCap OpCo, LLC, Binance Capital Management Co., Ltd. d/b/a Binance and Binance.com, BAM Trading Services Inc. d/b/a Binance.US, Changpeng Zhao, Catherine Coley, Yi He, Ted Lin, and Does I-X;<br><br>　　　　Defendants. | Case No.: 3:21-cv-08197-SMB<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR SERVICE [Defendants Changpeng Zhao, Catherine Coley, Yi He, And Ted Lin]** |

　　　The Court, having reviewed the pleadings and motions upon the record, and finding good cause, IT IS HEREBY ORDERED as follows:

　　　The deadline for the Plaintiffs to perfect service upon Defendants Changpeng Zhao, Catherine Coley, Yi He, and Ted Lin shall be one hundred twenty (120) days after the entry of this order. Plaintiff is hereby authorized by this Court to perfect service upon Changpeng Zhao, Ted Lin, and Yi He by sending a link to the summons and complaint to their Twitter accounts. This

Court further orders counsel for Catherine Coley to accept service on Catherine Coley's behalf.