George Wentz, Jr. (*Pro hac vice*)
**The Davillier Law Group, LLC**
414 Church Street
Suite 308
Sandpoint, ID 83864
208-920-6140
Email: gwentz@davillierlawgroup.com

Alexander Kolodin (SBN 030826)
Arno Naeckel (SBN 026158)
**The Davillier Law Group LLC**
4105 N. 20th Street Suite 110
Phoenix, AZ 85016
620-730-2985
Email: akolodin@davillierlawgroup.com
    anaeckel@davillierlawgroup.com
    phxadmin@davillierlawgroup.com (file copies)

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Cox, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CoinMarketCap OpCo, LLC, Binance Capital Management Co., Ltd. d/b/a Binance and Binance.com, BAM Trading Services Inc. d/b/a Binance.US, Changpeng Zhao, Catherine Coley, Yi He, Ted Lin, and Does I-X;<br>　　　　　　Defendants. | Case No.: 3:21-cv-08197-SMB<br><br>**PLAINTIFFS' NOTICE OF LOCATION IN BRIEFING** |

At oral argument today, the Court asked who the address the 303 Beach Rd. N., Wilmington, NC (where the mail was piled up) belonged to. As set forth in Exhibit A to

- 1 -

Plaintiff's [First] Motion for Alternative Service (Doc. No. 24-1), this was an address flagged by one of Plaintiff's investigators as potentially belonging to Ms. Coley:

VENATOR SERVICES INC

I. Subject #1: Catherine Coley – 32 – suggest sub-serve at parents' address, PR address, and all social media.
   A. Possible current addresses:
      1. 140 Cortland Ave, Winter Park, FL 32789 – appears to be parents' address
      2. 303 Beach Rd N, Wilmington, NC 28411
      3. 1865 Calle McLeary, San Juan, PR 00911

Respectfully submitted this 25th day of February, 2022

/s/ Arno Naeckel
Arno Naeckel
DAVILLIER LAW GROUP, LLC
4105 North 20th Street
Suite 110
Phoenix, AZ 85016

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25th, 2022, I electronically submitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

Dated this 25th day of February, 2022

/s/ Arno Naeckel
Arno Naeckel
DAVILLIER LAW GROUP, LLC
4105 North 20th Street
Suite 110
Phoenix, AZ 85016
