Daniel Roeser (*pro hac vice*)
droeser@goodwinlaw.com
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: +1 212 813-8800
Fax: + 1 212 355-3333

Megan D. Bettles (*pro hac vice*)
mbettles@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111
Tel: +1 415 733-6000
Fax: +1 415 677-9041

*Attorneys for Defendant*
*BAM Trading Services, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

**PHOENIX DIVISION**

| | |
|---|---|
| Ryan Cox, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CoinMarketCap OpCo, LLC, Binance Capital Management Co., Ltd. d/b/a Binance and Binance.com, BAM Trading Services Inc. d/b/a Binance.US, Changpeng Zhao, Catherine Cole, Yi He, Ted Lin, and Does I-X,<br><br>Defendants. | Case No. 3:21-cv-08197-SMB<br><br>**NOTICE OF WITHDRAWAL AND CHANGE OF COUNSEL WITHIN SAME FIRM FOR DEFENDANT BAM TRADING SERVICES, INC.** |

Pursuant to LR Civ 83.3(b)(4), Goodwin Procter LLP, counsel of record for Defendant BAM Trading Services, Inc., hereby gives notice that Ezekiel L. Hill withdraws as one of the attorneys within Goodwin Procter LLP responsible for this matter because he is no longer with the firm, effective February 25, 2022. Daniel Roeser and Megan D. Bettles of Goodwin Procter LLP will continue to serve as counsel for Defendant BAM Trading Services, Inc.

Their current addresses and contact information are as follows:

>Daniel Roeser
>GOODWIN PROCTER LLP
>620 Eighth Avenue
>New York, NY 10018-1405
>Telephone: +1 212 813-8800
>Facsimile: +1 212 355-3333
>Email: droeser@goodwinlaw.com

>Megan D. Bettles
>GOODWIN PROCTER LLP
>Three Embarcadero Center, 28th Floor
>San Francisco, CA 94111
>Telephone: +1 415 733-6000
>Facsimile: +1 415 677-9041
>Email: mbettles@goodwinlaw.com

Dated: March 10, 2022

By: /s/ Daniel Roeser
Daniel Roeser (*pro hac vice*)
Megan D. Bettles (*pro hac vice*)
**GOODWIN PROCTER LLP**

*Attorneys for Defendant
BAM Trading Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2022, a copy of the foregoing was filed electronically using the Clerk of Court's CM/ECF system, which will provide notice to all counsel of record.

                                                       */s/ Daniel Roeser*
                                                        Daniel Roeser