KW LAW, LLP
6122 N. 7th St., Suite D
Phoenix, AZ 85014
Telephone: (602) 609-7367

Andrea S. Tazioli (#026621)
andrea@kwlaw.co

*Attorneys for
Defendant Ted Lin*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Cox, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CoinMarketCap OpCo, LLC; Binance Capital Management Co., Ltd. d/b/a Binance and Binance.com; BAM Trading Services Inc. d/b/a Binance.US; Changpeng Zhao; Catherine Coley; Yi He; Ted Lin; and Does I-X;<br><br>Defendants. | Case No. 21-cv-08197-PCT-SMB<br><br>**NOTICE OF APPEARANCE** |

Pursuant to LR Civ. 83.3, Andrea S. Tazioli of KW Law, LLP will appear as counsel for Defendant, Ted Lin, in the instant matter and for all further proceedings. Ms. Tazioli's contact information is as follows:

Andrea S. Tazioli
KW LAW, LLP
6122 N. 7th St., Suite D
Phoenix, AZ 85014
Telephone: (602) 609-7367
andrea@kwlaw.co

1

4877-1929-2187, v. 1

RESPECTFULLY SUBMITTED this 12th day of April 2022.

        KW Law, LLP
        6122 North 7th Street, Suite D
        Phoenix, Arizona 85014

By: /s/ Andrea S. Tazioli
        Andrea S. Tazioli (#026621)

*Attorneys for Defendant Ted Lin*

**CERTIFICATE OF SERVICE**

I certify that on the 12th day of April 2022, I electronically transmitted the foregoing document to the Office of the Clerk of the Court, using the CM/EFC System, for filing and for transmittal of a Notice of Electronic Filing to the CM/EFC registrants on record.

/s/ Sarah Flaaen

4877-1929-2187, v. 1