KW LAW, LLP
Andrea S. Tazioli, SBN 026621
6122 N. 7th St., Suite D
Phoenix, AZ 85014
Telephone: (602) 609-7367
andrea@kwlaw.co

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Roberto J. Gonzalez (*pro hac vice*)
Jake E. Struebing (*pro hac vice*)
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
rgonzalez@paulweiss.com
jstruebing@paulweiss.com

*Attorneys for Defendants Binance Capital Management Co., Ltd.,*
*Changpeng Zhao, Yi He, and Ted Lin*

[Additional Counsel on Signature Page]

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Cox, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CoinMarketCap OpCo, LLC; Binance Capital Management Co., Ltd. d/b/a Binance and Binance.com; BAM Trading Services Inc. d/b/a Binance.US; Changpeng Zhao; Catherine Coley; Yi He; Ted Lin; and Does I-X;<br><br>Defendants. | Case No. 21-cv-08197-PCT-SMB<br><br>**JOINT STIPULATION FOR SCHEDULING ORDER** |

Plaintiff Ryan Cox ("Plaintiff") and Defendants Changpeng Zhao, Yi He, and Ted Lin (collectively, the "Individual Defendants" and, together with Plaintiff, the "Parties"), by and through their undersigned counsel of record, respectfully submit this Joint Stipulation for a Scheduling Order, as follows:

1      WHEREAS, on September 13, 2021, Plaintiff filed a putative class action complaint (the

2 "Complaint") in the above-referenced action (the "Action");

3      WHEREAS, on November 5, 2021, the Court entered a scheduling order applicable only

4 to Corporate Defendants and not the Individual Defendants (ECF No. 17);

5      WHEREAS, counsel for the Parties having conferred regarding a schedule for responding

6 to the Complaint, the Parties agree that a coordinated briefing schedule for any motion(s) to

7 dismiss will best facilitate the just and efficient progress of the Action and use of this Court's

8 and the Parties' resources.

9      NOW, THEREFORE, the Parties hereby stipulate and agree, subject to the Court's

10 approval as follows:

11     1.    The deadline for the Individual Defendants to respond to the Complaint shall be

12 May 23, 2022.

13     2.    Should the Individual Defendants move to dismiss the Complaint, Plaintiff shall

14 file his opposition to the motion to dismiss within sixty (60) days of the filing of the motion to

15 dismiss; and the Individual Defendants shall file a reply brief within thirty (30) days of the filing

16 of Plaintiff's opposition.

17     3.    The Individual Defendants do not waive any of their available rights, defenses, or

18 objections, by agreeing to and/or filing this Joint Stipulation for Revised Scheduling Order.

19     **IT IS SO STIPULATED.**

20

21 Dated:  April 12, 2022

22                                     By: */s/ Andrea S. Tazioli*

23                                     Andrea S. Tazioli, SBN 026621
                                    KW LAW, LLP

24                                     6122 N. 7th St., Suite D
                                    Phoenix, AZ 85014

25                                     Telephone: (602) 609-7367
                                    andrea@kwlaw.co

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Roberto J. Gonzalez (admitted *pro hac vice*)
Jake E. Struebing (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street NW
Washington, DC 20006
(202) 223-7300
rgonzalez@paulweiss.com
jstruebing@paulweiss.com

*Attorneys for Defendant Binance Capital Management Co., Ltd., Changpeng Zhao, Yi He, and Ted Lin*

By: /s/ *George Wentz, Jr. (with permission)*
George Wentz, Jr. (admitted *pro hac vice*)
THE DAVILLIER LAW GROUP, LLC
414 Church St., Suite 308
Sandpoint, ID 83864
(208) 920-6140
gwentz@davillierlawgroup.com

Alexander Kolodin
THE DAVILLIER LAW GROUP, LLC
3443 N. Central Ave., Suite 1009
Phoenix, AZ 85012
(602) 730-2985
akolodin@davillierlawgroup.com

*Attorneys for Plaintiff Ryan Cox*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

        I hereby certify that on April 12, 2022, I electronically submitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

/s/ Sarah Flaaen