George Wentz, Jr. (*Pro hac vice*)
Allen Shoff (*Pro hac vice*)
**The Davillier Law Group, LLC**
414 Church St Suite 308
Sandpoint, ID 83864
208-920-6140
Email: gwentz@davillierlawgroup.com
　　　　ashoff@davillierlawgroup.com

Alexander Kolodin (SBN 030826)
Arno Naeckel (SBN 026158)
**The Davillier Law Group LLC**
3443 N. Central Ave., Suite 1009
Phoenix, AZ 85012
620-730-2985
Email: akolodin@davillierlawgroup.com
　　　　anaeckel@davillierlawgroup.com
　　　　phxadmin@davillierlawgroup.com (file copies)

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Cox, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CoinMarketCap OpCo, LLC, Binance Capital Management Co., Ltd. d/b/a Binance and Binance.com, BAM Trading Services Inc. d/b/a Binance.US, Changpeng Zhao, Catherine Coley, Yi He, Ted Lin, and Does I-X;<br>　　　　Defendants. | Case No.: 3:21-cv-08197-SMB<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF PROCESS UPON DEFENDANTS CHANGPENG ZHAO, CATHERINE COLEY, YI HE, AND TED LIN** |

- 2 -

Plaintiff Ryan Cox by and through his attorneys of record, Allen Shoff and the Davillier Law Group LLC, respectfully notifies this Honorable Court that service of process has been accomplished upon Defendants Changpeng Zhao, Catherine Coley, Yi He, and Ted Lin, pursuant to this Court's Order of March 1, 2022 (ECF 54). *See* Declaration of Service Upon Changpeng Zhao, Yi He, and Ted Lin; Declaration of Service Upon Catherine Coley; and Declaration of Service Upon Catherine Coley by Electronic Mail, attached hereto as Composite Exhibit 1.

Respectfully submitted this 12th day of April, 2022.

/s/ Allen Shoff
Allen Shoff
DAVILLIER LAW GROUP, LLC
414 Church Street, Suite 308
Sandpoint, ID 83864

## CERTIFICATE OF SERVICE

I hereby certify that on April 12th, 2022, I electronically submitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

Dated this 12th day of April, 2022.

/s/ Allen Shoff
Allen Shoff
DAVILLIER LAW GROUP, LLC
414 Church Street, Suite 308
Sandpoint, ID 83864
