# Composite Exhibit 1

Declaration of Service Upon Changpeng Zhao, Yi He, and Ted Lin

Declaration of Service upon Catherine Coley

Declaration of Service upon Catherine Coley by Electronic Mail

**Declaration of Service Upon Changpen Zhao, Yi He, and Ted Lin**

1. I know the facts set forth in this declaration of my own knowledge and, if sworn as a witness before this court or any other tribunal could and would competently testify thereto.
2. I am of sound mind and of the age of majority.
3. I am currently employed as a paralegal/legal assistant with the Davillier Law Group, LLC.
4. Pursuant to this Court's order, on 3/1/2022 I verified that the following "handles" are associated with the accounts for Changpeng Zhao, Yi He, and Ted Lin:
    a. @cz_binance - https://twitter.com/cz_binance/
    b. @heyibinance - https://twitter.com/heyibinance
    c. @Teddy_Lin - https://twitter.com/Teddy_Lin
5. I then tweeted a picture of the summons that corresponded to each Defendant and a link to a copy of the Complaint, at each of these handles.
6. I verify that the below images are true and correct copies of what I tweeted:






I declare under penalty of perjury under the laws of The United States of America that the foregoing is true and correct and that this declaration was executed on this \_\_\_\_\_3/1/2022\_\_\_\_\_, at \_\_\_\_\_Waddell\_\_\_\_\_(city), \_\_\_\_\_Arizona\_\_\_\_\_ (state).

Signature: \_\_\_*Yuka Bacchus*\_\_\_ (DocuSigned by: B5F6596720C9443...)   Printed Name: \_\_Yuka Bacchus\_\_

**Declaration of Service upon Catherine Coley**

1. I know the facts set forth in this declaration of my own knowledge and, if sworn as a witness before this court or any other tribunal could and would competently testify thereto.

2. I am of sound mind and of the age of majority.

3. I am currently employed as a paralegal/legal assistant with the Davillier Law Group, LLC.

4. Pursuant to this Court's order, on March 15, 2022 I mailed one copy of the Summons to Catherine Coley and Complaint to 213 E Franklin Street #304, Chapel Hill, NC 27514, and one copy of the Summons to Catherine Coley and Complaint to 303 Beach Road N, Wilmington, NC 28411.

5. I verify that the below image of the invoice from the United States Post Office are true and correct.

```
UNITED STATES
POSTAL SERVICE.
        SANDPOINT
       204 N 4TH AVE
   SANDPOINT, ID 83864-9998
        (800)275-8777
03/15/2022                       02:10 PM
-----------------------------------------
Product          Qty    Unit      Price
                        Price
-----------------------------------------
Mailer 10.5 x 16   2    $1.49     $2.98

First-Class Mail®  1              $2.76
Large Envelope
    Wilmington, NC 28411
    Weight: 0 lb 8.80 oz
    Estimated Delivery Date
        Mon 03/21/2022

First-Class Mail®  1              $2.76
Large Envelope
    Chapel Hill, NC 27514
    Weight: 0 lb 8.90 oz
    Estimated Delivery Date
        Mon 03/21/2022

-----------------------------------------
Grand Total:                      $8.50
-----------------------------------------
```

I declare under penalty of perjury under the laws of The United States of America that the foregoing is true and correct and that this declaration was executed on this 30th day of March 2022 at Sandpoint, Idaho.

_____

Mathew M. Macdonald

## Declaration of Service upon Catherine Coley by Electronic Mail

1. I know the facts set forth in this declaration of my own knowledge and, if sworn as a witness before this court or any other tribunal could and would competently testify thereto.

2. I am of sound mind and of the age of majority.

3. I am currently employed as an associate attorney with the Davillier Law Group, LLC.

4. Pursuant to this Court's order, on March 28, 2022, I sent via electronic mail one copy of the Summons to Catherine Coley and Complaint to Ann-Elizabeth Ostrager (ostragerae@sullcrom.com) and James Michael McDonald (mcdonaldj@sullcrom.com), at the email addresses indicated.

5. Ann-Elizabeth Ostrager and James Michael McDonald are indicated by the CM/ECF docket report for this action, Case #: 3:21-cv-08197-SMB, to be counsel for Catherine Coley, and their respective email addresses are associated with them by the same.

6. I verify that Exhibit A of this Declaration contains a true and accurate copy of the email sent to Ann-Elizabeth Ostrager and James Michael McDonald.

I declare under penalty of perjury under the laws of The United States of America that the foregoing is true and correct and that this declaration was executed on this 12th day of April, 2022 at Sandpoint, Idaho.

Signature: _____ Printed Name: Allen Shoff

# EXHIBIT A

Email Sent to Ann-Elizabeth Ostrager and James Michael McDonald

| | |
|---|---|
| **From:** | Allen Shoff |
| **To:** | ostragerae@sullcrom.com; mcdonaldj@sullcrom.com |
| **Cc:** | Mat MacDonald; Alexander Kolodin |
| **Subject:** | 3:21-cv-08197-SMB - Cox v. CoinMarketCap OpCo LLC et al |
| **Date:** | Monday, March 28, 2022 10:32:00 AM |
| **Attachments:** | [DE 22] Summons - Catherine Coley.pdf |
| | [DE 1] Complaint.pdf |

Ann-Elizabeth Ostrager and James Michael McDonald:

Pursuant to the Court's order of March 1, 2022, Docket Entry 54, in District of Arizona case 3:21-cv-08197-SMB, *Cox v. CoinMarketCap OpCo LLC et al*, please find attached the Complaint and Summons for Catherine Coley.

Please advise if you have any questions. Thank you.

**Allen J. Shoff**
*Associate* (Licensed in Idaho)
Davillier Law Group, LLC
414 Church Street Suite 308
Sandpoint, Idaho 83864
(208) 920-6140
ashoff@davillierlawgroup.com
https://davillierlawgroup.com/

NOTICES: This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message are prohibited. If you have received this email in error, please destroy it and notify me immediately. Any tax advice contained in this message is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the internal revenue code or (2) promoting, marketing, or recommending to others any tax-related matter(s) addressed here.