```
KW LAW, LLP
Andrea S. Tazioli, SBN 026621
6122 N. 7th St., Suite D
Phoenix, AZ 85014
Telephone: (602) 609-7367
andrea@kwlaw.co

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Roberto J. Gonzalez (pro hac vice)
Jake E. Struebing (pro hac vice)
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
rgonzalez@paulweiss.com
jstruebing@paulweiss.com
```

*Attorneys for Defendants Binance Capital Management Co., Ltd. Changpeng Zhao, Yi He, and Ted Lin*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Cox, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CoinMarketCap OpCo, LLC; Binance Capital Management Co., Ltd. d/b/a Binance and Binance.com; BAM Trading Services Inc. d/b/a Binance.US; Changpeng Zhao; Catherine Coley; Yi He; Ted Lin; and Does I-X;<br><br>　　　　　　Defendants. | Case No. 21-cv-08197-PCT-SMB<br><br>**NOTICE OF APPEARANCE** |

Pursuant to Local Rule 83.3 of the Rules of Practice and Procedure of the U.S. District Court for the District of Arizona, Jake E. Struebing, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, gives notice of his appearance in the above-captioned matter, as an attorney of record for Defendants Changpeng Zhao, Yi He, and Ted Lin.

DATED: April 13, 2022

By: /s/ *Jake E. Struebing*
Jake E. Struebing (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Jake E. Struebing (*pro hac vice*)
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
jstruebing@paulweiss.com

*Attorney for Defendants Binance Capital Management Co., Ltd. Changpeng Zhao, Yi He, and Ted Lin*