IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Cox,<br><br>        Plaintiff,<br><br>v.<br><br>CoinMarketCap OpCo LLC, et al.,<br><br>        Defendants. | No. CV-21-08197-PCT-SMB<br><br>**ORDER** |

The Court having reviewed the Joint Stipulation for Scheduling Order (Doc. 61) for Plaintiff Ryan Cox ("Plaintiff") and Defendants Changpeng Zhao, Yi He, and Ted Lin (collectively, the "Individual Defendants") and finding good cause,

**IT IS HEREBY ORDERED** as follows:

1. The deadline for the Individual Defendants to respond to the complaint filed by Plaintiff on September 13, 2021 (the "Complaint"), shall be **May 23, 2022**; and

2. Should any of the Individual Defendants move to dismiss the Complaint, Plaintiff shall file his opposition to the motion to dismiss within sixty (60) days of the filing of the motion to dismiss; and the Individual Defendants shall file a reply brief within thirty (30) days of the filing of Plaintiff's opposition.

3. The Individual Defendants do not waive any of their available rights, defenses, or objections, by agreeing to and/or filing this Joint Stipulation for Revised Scheduling Order.

Dated this 13th day of April, 2022.

Honorable Susan M. Brnovich
United States District Judge