**HAHN LOESER & PARKS LLP**
MICHAEL J. GLEASON (CA SBN 279434)(*pro hac vice pending*)
TREVOR S. LOCKO (CA SBN 323313)(*pro hac vice pending*)
ONE AMERICA PLAZA
600 WEST BROADWAY, SUITE 1500
SAN DIEGO, CA  92101-3384
TELEPHONE:  (619) 810-4300
FACSIMILE:  (619) 810-4301
mgleason@hahnlaw.com
tlocko@hahnlaw.com

JEFFREY A. BRAUER (OH SBN 0069908)(*pro hac vice pending*)
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND, OH 44114
TELEPHONE: (216) 621-0150
FACSIMILE: (216) 241-2824
jbrauer@HAHNLAW.COM

Attorneys for Defendant BAM Trading Services Inc. d/b/a Binance.US

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Cox, individually and on behalf of all other similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>CoinMarketCap OpCo, LLC, Binance Capital Management Co., Ltd. d/b/a/ Binance and Binance.com, BAM Trading Services Inc. d/b/a Binance.US, Changpeng Zhao, Catherine Coley, Yi He, Ted Lin, and Does I-X;<br><br>Defendants. | **Case No. 3:21-cv-08197-SMB**<br>*(Honorable Susan M Brnovich)*<br><br>**EX PARTE MOTION FOR SUBSTITUTION OF COUNSEL WITH CONSENT** |

Pursuant to LRCiv 83.3, Jeffrey A. Brauer, Michael J. Gleason, Trevor S. Locko and the law firm of Hahn Loeser & Parks LLP request that they be substituted as counsel for named Defendant BAM Trading Services Inc. d/b/a Binance. US in the above-entitled cause of

1 action, in the place of Daniel Roeser, Megan D. Bettles, and the law firm of Goodwin Procter
2 LLP.
3   The written consent of the client is attached as Exhibit 1 to this Motion.  The proposed
4 Order of Substitution attached as Exhibit 2 to this Motion and a Word version shall be
5 emailed to the assigned judge.

7 DATED:  May 11, 2022          HAHN LOESER & PARKS LLP

                     By: /s/Michael J. Gleason
                        Michael J. Gleason
                        600 W. Broadway, Suite 1500
                        San Diego, CA 92101
                        Attorneys for Defendant BAM Trading
                        Services Inc. d/b/a Binance. US

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 · Fax: (619) 810-4301