# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Ryan Cox, individually and on behalf of all other similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>CoinMarketCap OpCo, LLC, Binance Capital Management Co., Ltd. d/b/a/ Binance and Binance.com, BAM Trading Services Inc. d/b/a Binance.US, Changpeng Zhao, Catherine Coley, Yi He, Ted Lin, and Does I-X;<br><br>Defendants. | **Case No. 3:21-cv-08197-SMB**<br>*(Honorable Susan M Brnovich)*<br><br>**[PROPOSED] ORDER ON EX PARTE MOTION FOR SUBSTITUTION OF COUNSEL WITH CONSENT** |

The Court having considered the Ex Parte Motion for Substitution of Counsel with Consent (Doc. 66), and good cause appearing,

**IT IS HEREBY ORDERED** that Michael J. Gleason, Jeffrey A. Brauer, Trevor S. Locko and the law firm of Hahn Loeser & Parks LLP be substituted as counsel of record for named Defendant BAM Trading Services Inc. d/b/a Binance.US, the above-entitled cause of action, in place of Daniel Roeser, Megan D. Bettles, and the law firm of Goodwin Procter LLP.

1