# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Cox, | No. CV-21-08197-PCT-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| CoinMarketCap OpCo LLC, et al., | |
| Defendants. | |

The Court having considered the Ex Parte Motion for Substitution of Counsel with Consent (Doc. 66) and good cause appearing,

**IT IS HEREBY ORDERED** the Motion is granted.

**IT IS FURTHER ORDERED** that Michael J. Gleason, Jeffrey A. Brauer, Trevor S. Locko and the law firm of Hahn Loeser & Parks LLP be substituted as counsel of record for named Defendant BAM Trading Services Inc. d/b/a Binance.US, the above-entitled cause of action, in place of Daniel Roeser, Megan D. Bettles, and the law firm of Goodwin Procter LLP.

Dated this 11th day of May, 2022.

Honorable Susan M. Brnovich
United States District Judge