Ann-Elizabeth Ostrager (admitted *pro hac vice*)
James M. McDonald (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
(212) 558-4000
ostragerae@sullcrom.com
mcdonaldj@sullcrom.com

*Attorneys for Defendant
Catherine Coley*

[Additional Counsel on Signature Page.]

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Cox, individually and on behalf of all others similarly situated;<br><br>     Plaintiff,<br><br>     v.<br><br>CoinMarketCap OpCo, LLC; Binance Capital Management Co., Ltd. d/b/a Binance and Binance.com; BAM Trading Services Inc. d/b/a Binance.US; Changpeng Zhao; Catherine Coley; Yi He; Ted Lin; and Does I-X;<br><br>     Defendants. | Case No.: 21-cv-08197-PCT-SMB<br><br>**JOINT STIPULATION REGARDING VOLUNTARY DISMISSAL OF DEFENDANT CATHERINE COLEY** |

Plaintiff Ryan Cox ("Plaintiff") and Defendant Catherine Coley (the "Defendant" and, together with Plaintiff, the "Parties"), by and through their undersigned counsel of record, respectfully submit this Joint Stipulation Regarding Voluntary Dismissal of Defendant Catherine Coley, as follows:

WHEREAS, the Parties agree that Defendant Catherine Coley may be voluntarily dismissed without prejudice from the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

1  NOW, THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval, that all of the claims against Defendant Catherine Coley in the above-captioned action are voluntarily dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties further stipulate that the statute of limitations with regard to Defendant Catherine Coley for the underlying action shall be tolled as of the date of the filing of the complaint, September 13, 2021, and continuing through the final termination of the underlying action and any and all appeals thereto. The Parties further stipulate that Defendant Catherine Coley will make herself available for, and cooperate in good faith with, a deposition of her, to be scheduled, upon the facts and information reasonably related to Case No. 21-cv-08197-PCT-SMB, and any testimony she may be called upon to offer in the same.

**IT IS SO STIPULATED.**

Dated:  May 18, 2022

/s/ *Ann-Elizabeth Ostrager*
Ann-Elizabeth Ostrager (admitted *pro hac vice*)
James M. McDonald (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
(212) 558-4000
ostragerae@sullcrom.com
mcdonaldj@sullcrom.com
*Attorneys for Defendant Catherine Coley*

Dated: May 18, 2022

/s/ *George Wentz, Jr.*
George Wentz, Jr. (admitted *pro hac vice*)
THE DAVILLIER LAW GROUP, LLC
414 Church St., Suite 308
Sandpoint, ID 83864
(208) 920-6140
gwentz@davillierlawgroup.com

Alexander Kolodin
THE DAVILLIER LAW GROUP, LLC
3443 N. Central Ave., Suite 1009
Phoenix, AZ 85012
(602) 730-2985
akolodin@davillierlawgroup.com
*Attorneys for Plaintiff Ryan Cox*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2022, I electronically submitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

Dated: May 18, 2022

/s/ *Ann-Elizabeth Ostrager*
Ann-Elizabeth Ostrager (admitted *pro hac vice*)
James M. McDonald (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
(212) 558-4000
ostragerae@sullcrom.com
mcdonaldj@sullcrom.com
*Attorneys for Defendant Catherine Coley*

-3-