IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Cox, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>CoinMarketCap OpCo, LLC; Binance Capital Management Co., Ltd. d/b/a Binance and Binance.com; BAM Trading Services Inc. d/b/a Binance.US; Changpeng Zhao; Catherine Coley; Yi He; Ted Lin; and Does I-X;<br><br>Defendants. | Case No.: 21-cv-08197-PCT-SMB<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT CATHERINE COLEY** |

The Court having reviewed the Joint Stipulation Regarding Voluntary Dismissal of Defendant Catherine Coley for Plaintiff Ryan Cox ("Plaintiff") and Defendant Catherine Coley (the "Defendant"), and finding good cause, IT IS HEREBY ORDERED as follows:

1. All of the claims against Defendant in the above-captioned action are voluntarily dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The statute of limitations with regard to Defendant for the underlying action shall be tolled as of the date of the filing of the complaint, September 13, 2021, and continuing through the final termination of the underlying action and any and all appeals thereto.

3. Defendant will make herself available for, and cooperate in good faith with, a deposition of her, to be scheduled, upon the facts and information reasonably related to Case No. 21-cv-08197-PCT-SMB, and any testimony she may be called upon to offer in the same.

DONE AND ORDERED this _____ day of _____, 2022.

_____
HONORABLE SUSAN M. BRNOVICH
United States District Judge