**HAHN LOESER & PARKS LLP**
MICHAEL J. GLEASON (CA SBN 279434)(*admitted pro hac vice*)
TREVOR S. LOCKO (CA SBN 323313)(*admitted pro hac vice*)
JEFFREY A. BRAUER (OH SBN 0069908) (*admitted pro hac vice*)
ONE AMERICA PLAZA
600 WEST BROADWAY, SUITE 1500
SAN DIEGO, CA 92101-3384
TELEPHONE: (619) 810-4300
FACSIMILE: (619) 810-4301
mgleason@hahnlaw.com
tlocko@hahnlaw.com
jabrauer@hahnlaw.com

Attorneys for Defendant Binance.US Trading Services Inc. d/b/a Binance.US

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Cox, individually and on behalf of all other similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>CoinMarketCap OpCo, LLC; Binance Capital Management Co., Ltd. d/b/a/ Binance and Binance.com; BAM Trading Services Inc. d/b/a Binance.US; Changpeng Zhao; Catherine Coley; Yi He; Ted Lin; and Does I-X;<br><br>Defendants. | **Case No. 3:21-cv-08197-SMB**<br>*(Honorable Susan M Brnovich)*<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT BAM TRADING SERVICES INC. D/B/A BINANCE.US'S MOTION TO DISMISS** |

    Defendant BAM Trading Services Inc. d/b/a Binance.US ("Binance.US") respectfully requests this Court to take judicial notice of its operative Statement of Information on file with the California Secretary of State, attached as Exhibit A, in support of Binance.US's Fed. R. Civ. P. 12(b)(2) motion.

    Federal Rule of Evidence 201(b)(2) allows for judicial notice of a "fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from

sources whose accuracy cannot reasonably be questioned." The court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2). Facts alleged to be subject to judicial notice must also be relevant. Fed. R. Evid. 401.

"[A] court may take judicial notice of 'matters of public record.'" *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001). Corporate Statements of Information "are matters of public record because they are documents filed with the Secretary of the State of the State of California. Accordingly, judicial notice is appropriate[.]"*Villapando v. Banamex USA Bancorp*, No. LA CV19-05149 JAK (AFMx), 2020 WL 1942783, at *5-*6 (C.D. Cal. April 21, 2020); *Khoury Investments Inc. v. Nationwide Mutual Insurance Co.*, No. CV 13-05415-MWF (Ex), 2013 WL 12140449, at *2 (C.D. Cal. Sept. 16, 2013) (taking judicial notice of Statement of Information filed with Secretary of State).

The Statement of Information is also relevant to the personal jurisdiction inquiry. While the complaint does not allege a state of incorporation or principal place of business for Binance.US, the Statement of Information shows that Binance.US is a Delaware corporation with its principal place of business in California.

Binance.US respectfully requests this Court to take judicial notice of Exhibit A.

Dated: May 23, 2022                HAHN LOESER & PARKS LLP

By: s/Michael J. Gleason
  Michael J. Gleason
  Jeffrey A. Brauer
  Trevor S. Locko
  Attorneys for Defendant BAM Trading Services Inc.
  d/b/a Binance.US