# EXHIBIT A

**California Secretary of State**
Electronic Filing



## Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | BAM TRADING SERVICES INC. |
| Entity (File) Number: | C4318587 |
| File Date: | 07/19/2021 |
| Entity Type: | Corporation |
| Jurisdiction: | DELAWARE |
| Document ID: | GU99649 |

**Detailed Filing Information**

1. Entity Name: BAM TRADING SERVICES INC.

2. Business Addresses:
   a. Street Address of Principal Office in California:
   Letterman Digital Arts Center, One Letterman Drive, Building C, Suite C3-800
   San Francisco, California 94129
   United States of America

   b. Mailing Address:
   Letterman Digital Arts Center, One Letterman Drive, Building C, Suite C3-800
   San Francisco, California 94129
   United States of America

   c. Street Address of Principal Executive Office:
   Letterman Digital Arts Center, One Letterman Drive, Building C, Suite C3-800
   San Francisco, California 94129
   United States of America

3. Officers:
   a. Chief Executive Officer:
   Brian Brooks
   Letterman Digital Arts Center, One Letterman Drive, Building C, Suite C3-800
   San Francisco, California 94129
   United States of America

   b. Secretary:
   Christopher Robins
   Letterman Digital Arts Center, One Letterman Drive, Building C, Suite C3-800
   San Francisco, California 94129
   United States of America

Document ID: GU99649

# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c. Chief Financial Officer:

    Joshua Sroge
    Letterman Digital Arts Center,One Letterman Drive,
    Building C, Suite C3-800
    San Francisco , California 94129
    United States of America

4. Director:    Not Applicable

Number of Vacancies on the Board of Directors:    Not Applicable

5. Agent for Service of Process:    C T CORPORATION SYSTEM (C0168406)

6. Type of Business:    Digital Asset Marketplace

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:    Michelle Donato

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GU99649