KW LAW, LLP
Andrea S. Tazioli, SBN 026621
6122 N. 7th St., Suite D
Phoenix, AZ 85014
Telephone: (602) 609-7367
andrea@kwlaw.co

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Roberto J. Gonzalez (*pro hac vice*)
Jake E. Struebing (*pro hac vice*)
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
rgonzalez@paulweiss.com
jstruebing@paulweiss.com

*Attorneys for Defendants Binance Capital Management Co., Ltd., Changpeng Zhao, Yi He, and Ted Lin*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Cox, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>              v.<br><br>CoinMarketCap OpCo, LLC; Binance Capital Management Co., Ltd. d/b/a Binance and Binance.com; BAM Trading Services Inc. d/b/a Binance.US; Changpeng Zhao; Catherine Coley; Yi He; Ted Lin; and Does I-X;<br><br>              Defendants. | Case No. 21-cv-08197-PCT-SMB<br><br>**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 12.1(c)** |

1

## <u>CERTIFICATION OF COUNSEL</u>

2    Pursuant to Local Civil Rule 12.1(c), the undersigned hereby certifies that, on May

3 18, 2022, counsel for Defendants Binance Capital Management, Changpeng Zhao, Yi He,

4 and Ted Lin (collectively, "Defendants") and Plaintiff's counsel conferred by telephone

5 to discuss the issues asserted in Defendants' Motion to Dismiss. The parties were unable

6 to agree that the deficiencies identified in the Complaint were curable by a permissible

7 amendment.

8

9 DATED:  May 23, 2022

10

11                By:  */s/ Jake E. Struebing*
Roberto J. Gonzalez (*pro hac vice*)

12                Jake E. Struebing (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON

13                & GARRISON LLP
2001 K Street, NW

14                Washington, DC 20006

15                Telephone: (202) 223-7300
Facsimile: (202) 223-7420

16                rgonzalez@paulweiss.com

17                jstruebing@paulweiss.com

18                Andrea S. Tazioli, SBN 026621

19                KW LAW, LLP
6122 N. 7th St., Suite D

20                Phoenix, AZ 85014
Telephone: (602) 609-7367

21                andrea@kwlaw.co

22

23                *Attorneys for Defendants Binance Capital Management Co., Ltd.,*

24                *Changpeng Zhao, Yi He, and Ted Lin*

25

26

27

28

2

4876-0670-1601, v. 1