KW LAW, LLP
Andrea S. Tazioli, SBN 026621
6122 N. 7th St., Suite D
Phoenix, AZ 85014
Telephone: (602) 609-7367
andrea@kwlaw.co

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC
Karen R. King (*pro hac vice*)
Mary G. Vitale (*pro hac vice*)
565 Fifth Avenue
New York, NY 10017
Telephone: (212) 856-9600
kking@maglaw.com
mvitale@maglaw.com

*Attorneys for
Defendant CoinMarketCap OpCo, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Cox, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CoinMarketCap OpCo, LLC; Binance Capital Management Co., Ltd. d/b/a Binance and Binance.com; BAM Trading Services Inc. d/b/a Binance.US; Changpeng Zhao; Catherine Coley; Yi He; Ted Lin; and Does I-X;<br><br>Defendants. | Case No. 21-cv-08197-PCT-SMB<br><br>**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 12.1(c)** |

**CERTIFICATION OF COUNSEL**

Pursuant to Local Civil Rule 12.1(c), the undersigned hereby certifies that, on May 18, 2022, counsel for Defendant CoinMarketCap OpCo, LLC and Plaintiff's counsel conferred by telephone to discuss the issues asserted in Defendant CoinMarketCap OpCo, LLC's Motion to Dismiss. The parties were unable to agree that the deficiencies identified in the Complaint were curable by a permissible amendment.

DATED: May 23, 2022

By: /s/ *Karen R. King*
Karen R. King (*pro hac vice*)
Mary G. Vitale (*pro hac vice*)
MORVILLO ABRAMOWITZ
GRAND IASON & ANELLO PC
565 Fifth Avenue
New York, New York 10017
Tel: (212) 880-9403
Tel: (212) 880-9576
kking@maglaw.com
mvitale@maglaw.com

Andrea S. Tazioli, SBN 026621
KW LAW, LLP
6122 N. 7th St., Suite D
Phoenix, AZ 85014
Telephone: (602) 609-7367
andrea@kwlaw.co

*Attorneys for Defendant CoinMarketCap OpCo, LLC*