KW LAW, LLP
6122 N. 7th St., Suite D
Phoenix, AZ 85014
Telephone: (602) 609-7367

Michael McCanse (# 024734)
mike@kwlaw.co

*Attorneys for Defendants*
*CoinMarketCap OpCo, LLC,*
*Binance Capital Management Co., Ltd.,*
*Changpeng Zhao, Yi He, and Ted Lin*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Ryan Cox, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CoinMarketCap OpCo, LLC; Binance Capital Management Co., Ltd. d/b/a Binance and Binance.com; BAM Trading Services Inc. d/b/a Binance.US; Changpeng Zhao; Catherine Coley; Yi He; Ted Lin; and Does I-X;<br><br>Defendants. | Case No. 21-cv-08197-PCT-SMB<br><br>**NOTICE OF APPEARANCE** |

Pursuant to LR Civ. 83.3, Michael McCanse of KW Law, LLP will appear as an attorney of record for Defendants CoinMarketCap OpCo, LLC, Binance Capital Management Co., Ltd., Changpeng Zhao, Yi He, and Ted Lin in the instant matter and for all further proceedings. Mr. McCanse's contact information is as follows:

Michael McCanse
KW LAW, LLP
6122 N. 7th St., Suite D
Phoenix, AZ 85014
Telephone: (602) 351-5084
mike@kwlaw.co

RESPECTFULLY SUBMITTED this 7th day of February 2023.

        KW Law, LLP
        6122 North 7th Street, Suite D
        Phoenix, Arizona 85014

By:_____
        Michael McCanse (#024734)

*Attorneys for Defendants CoinMarketCap OpCo, LLC, Binance Capital Management Co., Ltd.,Changpeng Zhao, Yi He, and Ted Lin*

2

4855-6548-9418, v. 2

**CERTIFICATE OF SERVICE**

I certify that on the 7th day of February 2023, I electronically transmitted the foregoing document to the Office of the Clerk of the Court, using the CM/EFC System, for filing and for transmittal of a Notice of Electronic Filing to the CM/EFC registrants on record.

/s/ Blake Scheffey