George Wentz, Jr. *(pro hac vice)*
Allen J. Shoff *(pro hac vice)*
**Davillier Law Group, LLC**
414 Church St., Suite 308
Sandpoint, ID 83864
Telephone: (208) 920-6140
gwentz@davillierlawgroup.com
ashoff@davillierlawgroup.com

Alexander Kolodin (SBN 030826)
Arno T. Naeckel (SBN 026158)
**Davillier Law Group, LLC**
4105 North 20th Street, Suite 110
Phoenix, AZ 85016
Telephone:(602) 730-2985
akolodin@davillierlawgroup.com
anaeckel@davillierlawgroup.com

Matthew W. Schmidt *(pro hac vice)*
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone: (212) 374-5401
matthew.schmidt@balestrierefariello.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **RYAN COX,** individually, and for all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**COINMARKETCAP OPCO, LLC; BINANCE CAPITAL MANAGEMENT CO., LTD. D/B/A/ BINANCE AND BINANCE.COM; BAM TRADING SERVICES INC. D/B/A BINANCE.US; CHANGPENG ZHAO; CATHERINE COLEY; YI HE; TED LIN;** and **DOES I-X;.**<br><br>Defendants. | Case No. 3:21-cv-08197-SMB<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff Ryan Cox, individually and on behalf of all others similarly situated, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order (Dkt. No. 84) entered on February 10, 2023, and all opinions and orders that merge therein.

RESPECTFULLY SUBMITTED this 10th day of March 2023

By: /s/ Alexander Kolodin

George Wentz, Jr. *(pro hac vice)*
Allen Shoff (*pro hac vice*)
**Davillier Law Group, LLC**
414 Church St., Suite 308
Sandpoint, ID 83864
Telephone: 208-920-6140
gwentz@davillierlawgroup.com


Alexander Kolodin (SBN 030826)
Arno T. Naeckel (SBN 026158)
**Davillier Law Group, LLC**
4105 N. 20th Street Suite 110
Phoenix, AZ 85016
Telephone: 602-730-2985
akolodin@davillierlawgroup.com
anaeckel@davillierlawgroup.com


Matthew W. Schmidt (*pro hac vice*)
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:   (212) 374-5421
Facsimile:    (212) 208-2613
matthew.schmidt@balestrierefariello.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 10th, 2023, I electronically submitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By: /s/ Alexander Kolodin