George Wentz, Jr. *(pro hac vice)*
Allen J. Shoff *(pro hac vice)*
**Davillier Law Group, LLC**
414 Church St., Suite 308
Sandpoint, ID 83864
Telephone: (208) 920-6140
gwentz@davillierlawgroup.com
ashoff@davillierlawgroup.com

Alexander Kolodin (SBN 030826)
Arno T. Naeckel (SBN 026158)
**Davillier Law Group, LLC**
4105 North 20th Street, Suite 110
Phoenix, AZ 85016
Telephone:(602) 730-2985
akolodin@davillierlawgroup.com
anaeckel@davillierlawgroup.com

Matthew W. Schmidt *(pro hac vice)*
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone: (212) 374-5401
matthew.schmidt@balestrierefariello.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **RYAN COX,** individually, and for all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**COINMARKETCAP OPCO, LLC; BINANCE CAPITAL MANAGEMENT CO., LTD. D/B/A/ BINANCE AND BINANCE.COM; BAM TRADING SERVICES INC. D/B/A BINANCE.US; CHANGPENG ZHAO; CATHERINE COLEY; YI HE; TED LIN;** and **DOES I-X;.**<br><br>Defendants. | **Case No. 3:21-cv-08197-SMB**<br><br>**REPRESENTATION STATEMENT**<br>**[F.R.A.P. 12(b); CIRCUIT RULE 3-2(b)]** |

# REPRESENTATION STATEMENT

The undersigned represents Plaintiff/Appellant Ryan Cox, in this matter, and no other party. The following list shows all counsel for the respective parties to the action below, identified by name, firm, address, and telephone number, where appropriate.

**COUNSEL FOR PLAINTIFF/APPELLANT RYAN COX**
George Wentz, Jr. (admitted pro hac vice)
Allen J. Shoff (admitted pro hac vice)
Davillier Law Group, LLC
414 Church St., Suite 308
Sandpoint, ID 83864
gwentz@davillierlawgroup.com
ashoff@davillierlawgroup.com

Alexander Kolodin (SBN 030826)
Arno T. Naeckel (SBN 026158)
Davillier Law Group, LLC
4105 North 20th Street, Suite 110
Phoenix, AZ 85016
Telephone: (602) 730-2985
akolodin@davillierlawgroup.com
anaeckel@davillierlawgroup.com

Matthew W. Schmidt (admitted pro hac vice)
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
Telephone: (212) 374-5401
matthew.schmidt@balestrierefariello.com

**COUNSEL FOR DEFENDANTS/APPELLEES COINMARKETCAP OPCO LLC**
Andrea Suzanne Tazioli
NCP Law PLLC
3200 N Central Ave., Ste. 2550
Phoenix, AZ 85012
602-428-3010

1

1  Email: andrea@ncplawyers.com
2
3  Karen R King
4  Mary Grace Vitale
5  Morvillo Abramowitz Grand Iason & Anello PC
6  565 5th Ave.
7  New York, NY 10017
8  212-880-9403
9  Fax: 212-856-9494
10 Emails:
11 kking@maglaw.com
12 mvitale@maglaw.com
13
14 Michael Aaron McCanse
15 Quarles & Brady LLP - Phoenix, AZ
16 One Renaissance Square
17 2 N Central Ave., Ste. 600
18 Phoenix, AZ 85004-2391
19 602-229-5200
20 Fax: 602-420-5004
21 Email: mike@kwlaw.co
22
23 **COUNSEL FOR DEFENDANTS/APPELLEES BINANCE CAPITAL**
24 **MANGAGEMENT COMPANY LIMITED**
25
26 Andrea Suzanne Tazioli
27 NCP Law PLLC
28 3200 N Central Ave., Ste. 2550
29 Phoenix, AZ 85012
30 602-428-3010
31 Email: andrea@ncplawyers.com
32
33 Jake Elijah Struebing
34 Paul Weiss Rifkind Wharton & Garrison LLP - Washington DC
35 2001 K St. NW
36 Washington, DC 20006
37 202-223-7364
38 Email: jstruebing@paulweiss.com
39
40 Michael Aaron McCanse

Quarles & Brady LLP - Phoenix, AZ
One Renaissance Square
2 N Central Ave., Ste. 600
Phoenix, AZ 85004-2391
602-229-5200
Fax: 602-420-5004
Email: mike@kwlaw.co

Roberto J Gonzalez
Paul Weiss Rifkind Wharton & Garrison LLP - Washington DC
2001 K St. NW
Washington, DC 20006
202-223-7316
Fax: 202-223-7344
Email: rgonzalez@paulweiss.com

**COUNSEL FOR DEFENDANTS/APPELLEES BAM TRADING SERVICES INCORPORATED**

Jeffrey Brauer
Hahn Loeser & Parks LLP
200 Public Sq., Ste. 2800
Cleveland, OH 44114-2316
216-621-0150
Fax: 216-241-2824
Email: jbrauer@hahnlaw.com

Michael J Gleason
Trevor S Locko
Hahn Loeser & Parks LLP - San Diego, CA
600 W Broadway, Ste. 1500
San Diego, CA 92101
619-810-4300
Emails:
mgleason@hahnlaw.com
tlocko@hahnlaw.com

**COUNSEL FOR DEFENDANTS/APPELLEES CATHERINE COLEY**
Ann-Elizabeth Ostrager
James Michael McDonald
Sullivan & Cromwell LLP - New York, NY

125 Broad St.
New York, NY 10004
212-558-7357
Fax: 212-291-9552
Emails:
ostragerae@sullcrom.com
mcdonaldj@sullcrom.com

**COUNSEL FOR DEFENDANTS/APPELLEES CHANGPENG ZHAO, YI HE, AND TED LIN**
Andrea Suzanne Tazioli
NCP Law PLLC
3200 N Central Ave., Ste. 2550
Phoenix, AZ 85012
602-428-3010
Email: andrea@ncplawyers.com

Michael Aaron McCanse
Quarles & Brady LLP - Phoenix, AZ
One Renaissance Square
2 N Central Ave., Ste. 600
Phoenix, AZ 85004-2391
602-229-5200
Fax: 602-420-5004
Email: mike@kwlaw.co

Roberto J Gonzalez
Paul Weiss Rifkind Wharton & Garrison LLP - Washington DC
2001 K St. NW
Washington, DC 20006
202-223-7316
Fax: 202-223-7344
Email: rgonzalez@paulweiss.com

Jake Elijah Struebing
Paul Weiss Rifkind Wharton & Garrison LLP - Washington DC
2001 K St. NW
Washington, DC 20006
202-223-7364
Email: jstruebing@paulweiss.com

4

RESPECTFULLY SUBMITTED this 10th day of March 2023

By: /s/ Alexander Kolodin

George Wentz, Jr. *(pro hac vice)*
Allen Shoff (*pro hav vice*)
**Davillier Law Group, LLC**
414 Church St., Suite 308
Sandpoint, ID 83864
Telephone: 208-920-6140
gwentz@davillierlawgroup.com

Alexander Kolodin (SBN 030826)
Arno T. Naeckel (SBN 026158)
**Davillier Law Group, LLC**
4105 N. 20th Street Suite 110
Phoenix, AZ 85016
Telephone: 602-730-2985
akolodin@davillierlawgroup.com
anaeckel@davillierlawgroup.com

Matthew W. Schmidt (*pro hac vice*)
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:    (212) 374-5421
Facsimile:    (212) 208-2613
matthew.schmidt@balestrierefariello.com

5

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 10th, 2023, I electronically submitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By: /s/ Alexander Kolodin