NCP LAW, PLLC
3200 N. Central Avenue
Suite 2550
Phoenix, AZ 85012
Telephone: (602) 428-3010

Andrea S. Tazioli (# 026621)
andrea@ncplawyers.com

*Attorneys for Defendants*
*CoinMarketCap OpCo, LLC;*
*Binance Capital Management Company*
*Limited; Changpeng Zhao; Yi He; and Ted Lin*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Cox, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CoinMarketCap OpCo, LLC; Binance Capital Management Co., Ltd. d/b/a Binance and Binance.com; BAM Trading Services Inc. d/b/a Binance.US; Changpeng Zhao; Catherine Coley; Yi He; Ted Lin; and Does I-X;<br><br>Defendants. | Case No. 21-cv-08197-PCT-SMB<br><br>**NOTICE OF CHANGE OF ADDRESS AND FIRM AFFILIATION** |

Andrea S. Tazioli, counsel of record for Defendants: CoinMarketCap OpCo, LLC; Binance Capital Management Company Limited; Changpeng Zhao; Yi He; and Ted Lin; hereby gives notice that she is no longer affiliated with the law firm of KW Law, LLP.  Effective immediately, Ms. Tazioli's new firm affiliation and contact information are as follows:

Andrea S. Tazioli, Esq.
NCP Law, PLLC
3200 N. Central Avenue, Suite 2550
Phoenix, AZ 85012
Office: 602.428.3010
Direct: 602.428.2687
Cell: 703.599.2925
andrea@ncplawyers.com

All future pleadings and other papers filed in this action should be served upon Ms. Tazioli at the address identified above.

RESPECTFULLY SUBMITTED this 13th day of March 2023.

NCP Law, PLLC
3200 N. Central Ave., Suite 2550
Phoenix, Arizona 85012

By: _____
Andrea S. Tazioli (#026621)

*Attorneys for Defendants CoinMarketCap OpCo, LLC; Binance Capital Management Company Limited; Changpeng Zhao; Yi He; and Ted Lin*

2

**CERTIFICATE OF SERVICE**

I certify that on the 13th day of March 2023, I electronically transmitted the foregoing document to the Office of the Clerk of the Court, using the CM/EFC System, for filing and for transmittal of a Notice of Electronic Filing to the CM/EFC registrants on record.

/s/ Andrea S. Tazioli