CARLTON FIELDS, P.A.
Benjamin M. Stoll (*pro hac vice*)
1625 Eye Street NW #800
Washington, DC 20006
Phone: 202-965-8160
bstoll@carltonfields.com

NCP LAW, PLLC
Andrea S. Tazioli (AZ Bar No. 026621)
3200 N. Central Avenue
Suite 2550
Phoenix, AZ 85012
Phone: (602) 428-3010
andrea@ncplawyers.com

*Attorneys for Defendant CoinMarketCap OpCo, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Cox, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CoinMarketCap OpCo, LLC; BAM Trading Services Inc. d/b/a Binance.US; and Does I-X;<br><br>Defendants. | Case No. 3:21-cv-08197-SMB<br><br>**DECLARATION OF BENJAMIN M. STOLL IN SUPPORT OF DEFENDANT COINMARKETCAP OPCO, LLC'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT** |

#117257.1

Pursuant to 28 U.S.C. § 1746, I, Benjamin M. Stoll, state the following:

1. My name is Benjamin M. Stoll. I am over twenty-one years of age and competent to attest to the facts set forth in this Declaration.

2. I am a Shareholder at the law firm Carlton Fields, P.A., 1625 Eye Street, NW, Suite 800, Washington, D.C. 20006. I am a licensed attorney in good standing of the District of Columbia and New York Bars.

3. I represent Defendant CoinMarketCap OpCo, LLC ("CMC") in the above-styled action. The statements set forth in this Declaration are based on my personal knowledge.

4. In support of its Motion to Dismiss the First Amended Class Action Complaint, CMC relies on the following exhibits.

5. Exhibit 1 is a true and correct copy of the archive I downloaded from the Wayback Machine Internet Archive on October 13, 2025, capturing the website https://coinmarketcap.com/about as it existed on September 19, 2020.

6. Exhibit 2 is a true and correct copy of the archive I downloaded from the Wayback Machine Internet Archive on October 13, 2025, capturing the website https://support.coinmarketcap.com/hc/en-us/articles/360043836851-Cryptoasset-Rank as it existed on September 25, 2020.

7. Exhibit 3 is a true and correct copy of the archive I downloaded from the Wayback Machine Internet Archive on October 13, 2025, capturing the website https://support.coinmarketcap.com/hc/en-us/articles/360043659351-Listings-Criteria as it existed on September 19, 2020.

8. Exhibit 4 is a true and correct copy of the archive I downloaded from the Wayback Machine Internet Archive on October 16, 2025, capturing the website https://coinmarketcap.com as it existed on January 1, 2020.

9. Exhibit 5 is a true and correct copy of the archive I downloaded from the Wayback Machine Internet Archive on October 16, 2025, capturing the website https://coinmarketcap.com as it existed on February 1, 2020.

1  10. Exhibit 6 is a true and correct copy of the archive I downloaded from the Wayback Machine Internet Archive on October 16, 2025, capturing the website https://coinmarketcap.com as it existed on March 1, 2020.

11. Exhibit 7 is a true and correct copy of the archive I downloaded from the Wayback Machine Internet Archive on October 13, 2025, capturing the website https://coinmarketcap.com as it existed on April 1, 2020.

12. Exhibit 8 is a true and correct copy of the archive I downloaded from the Wayback Machine Internet Archive on October 13, 2025, capturing the website https://coinmarketcap.com as it existed on July 1, 2020.

13. Exhibit 9 is a true and correct copy of the archive I downloaded from the Wayback Machine Internet Archive on October 13, 2025, capturing the website https://coinmarketcap.com as it existed on September 1, 2020.

14. Exhibit 10 is a true and correct copy of the archive I downloaded from the Wayback Machine Internet Archive on October 13, 2025, capturing the website https://coinmarketcap.com as it existed on September 19, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 17, 2025.

/s/ Benjamin M. Stoll
Benjamin M. Stoll (*pro hac vice*)
CARLTON FIELDS, P.A.
1625 Eye Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 965-8160
Email: bstoll@carltonfields.com

*Attorney for Defendant
CoinMarketCap OpCo, LLC*

#117257.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 17, 2025, I electronically transmitted the foregoing document to the Clerk of the Court through the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF registrants for this matter.

                                              */s/ Andrea S. Tazioli*

#117257.1